United States District Court

For The District of Wyoming



**FILED**

*10:12 am, 3/6/24*

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION and CALID, INC., ) ) ) Plaintiff(s), ) ) vs. ) ) APPLE INC., ) ) Defendant(s). ) | Civil No. 1:24-cv-00053-SWS |

### ORDER DENYING MOTION FOR ADMISSION PRO HAC VICE OF KEITH MATHEWS FOR FAILURE TO COMPLY WITH LOCAL RULE

The above-entitled matter, having come before the Court on Plaintiffs' Motion for Admission Pro Hac Vice of Keith Mathews and the Court having carefully considered the motion, and being fully advised in the premises, FINDS:

1. The instant motion comes before the Court on a motion by plaintiff to admit Keith Mathews *pro hac vice* for this case.

2. The Court notes that Local Rule 84.2(b) of the United States District Court Local Rules provides that all of the following requirements will be specifically stated in the motion:

   · Local counsel shall represent that local counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court;
   · A statement that local counsel shall vouch for the good moral character and veracity of the *pro hac vice* attorney;
   · A statement that local counsel shall be fully prepared to represent the client at any time, in any capacity.

U.S.D.C.L.R.84.2(b) of the Local Rules provides:

**All pro hac vice motions shall contain the following information:**

1

- Local counsel shall represent that local counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court;
- A statement that local counsel shall vouch for the good moral character and veracity of the *pro hac vice* attorney;
- A statement that local counsel shall be fully prepared to represent the client at any time, in any capacity.

**All pro hac vice affidavits shall contain the following information:**

- Name, address, telephone number, email address, and name of firm of attorney seeking *pro hac vice* admission;

- When and where admitted (each court/bar);

- List of all pending disciplinary proceedings and all past public sanctions of *pro hac vice* counsel;

- Affirmation by *pro hac vice* counsel that said counsel will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming;

- Acknowledgment by attorney seeking *pro hac vice* admission that local counsel is required to be fully prepared to represent the client at any time, in any capacity;

- Acknowledgment of *pro hac vice* counsel that said counsel submits to and is subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

The Court finds that the *Pro Hac Vice* motion fails to follow Local Rule 84.2(b). Specifically, the *Pro Hac Vice* motion fails to contain the following information:

- **A pro hac vice affidavit containing the following information:**

- Name, address, telephone number, email address, and name of firm of attorney seeking *pro hac vice* admission;

- When and where admitted (each court/bar);

- List of all pending disciplinary proceedings and all past public sanctions of *pro hac vice* counsel;

- Affirmation by *pro hac vice* counsel that said counsel will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming;

- Acknowledgment by attorney seeking *pro hac vice* admission that local counsel is required to be fully prepared to represent the client at any time, in any capacity;

- Acknowledgment of *pro hac vice* counsel that said counsel submits to and is subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

NOW, THEREFORE, IT IS ORDERED that Plaintiffs' Motion for Admission Pro Hac Vice of Keith Mathews is DENIED.

IT IS FURTHER ORDERED that counsel shall file an amended motion, along with an affidavit and proposed order for the Court to further consider Keith Mathews' Pro Hac Vice admission.

Dated this 6th day of March, 2024.

_____
Kelly H. Rankin
United States Magistrate Judge