Melissa R. Theriault, #6-4266
WOODHOUSE RODEN AMES & BRENNAN, LLC
1912 Capitol Avenue, Suite 500
Cheyenne, WY 82001
(307) 432-9399
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., <br><br> *on behalf of themselves and all others similarly situated* <br><br> Plaintiffs, <br><br> *vs.* <br><br> APPLE INC. <br> Defendant. | Case No. 24-cv- |

### AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to U.S.D.C.L.R. 84.2(b), sponsoring counsel, Melissa R. Theriault, moves the Court for an order admitting Keith Mathews of AWP Legal, 1000 Elm Street, Suite 800, Manchester, NH 03102, keith@awplegal.com, 603-622-8100, *pro hac vice*. By bringing this motion, Melissa R. Theriault represents that she is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court. Melissa R. Theriault, to the best of her knowledge and belief, further represents and vouches for the good moral character and veracity of Keith Mathews, whose *pro hac vice* admission is sought. Additionally, Melissa R. Theriault represents that she, as local counsel, will be fully prepared to represent the client at any time, in any capacity.

*Please see attached Affidavit of Counsel in Support of Pro Hac Vice* as Exhibit A.

Respectfully submitted this 6th day of March 2024.

WOODHOUSE, RODEN, AMES, & BRENNAN, LLC

*/s/ Melissa R. Theriault*

_____

Melissa R. Theriault #6-4266
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY  82001
(307) 432-9399
melissa@wrablaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th of March 2024, a true and correct copy of the foregoing document upon the following person(s) via CM/ECF:

Keith Mathews
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
603-622-8100
keith@awplegal.com

*/s/ Melissa R. Theriault*
_____
WOODHOUSE RODEN AMES & BRENNAN, LLC