1 | Keith Mathews
2 | American Wealth Protection
  | 1000 Elm Street, Suite 800
3 | Manchester, NH 03105
  | 603-622-8100
  | keith@awplegal.com

4                             UNITED STATES DISTRICT COURT

5                              FOR THE DISTRICT OF WYOMING

6

7   CORONAVIRUS REPORTER CORPORATION,          Case No. 24-cv-

8   CALID INC.,

9

10     *on behalf of themselves and*            AFFIDAVIT OF COUNSEL IN SUPPORT OF

11     *all others similarly situated*                      PRO HAC VICE

12

13                    Plaintiffs,

14

15   *vs.*

16

17

18   APPLE INC.

19                    Defendant.

20
21
22
23
24
25
26
27
28

I, Keith Mathews, being duly sworn, do hereby depose and state that:

1. I am an attorney practicing with the law firm AWP Legal, 1000 Elm Street, Suite 800, Manchester, NH 03102.
2. I certify that I am familiar with the Court's Local Rules and Local Criminal Rules, the F.R.Civ.P., the F.R.Crim.P., and the F.R.Evid.
3. I will file for registration for the Court's CM/ECF upon approval of this Motion.
4. Melissa R. Theriault, Esq. will act as local counsel in this case.
5. I reside in New Hampshire.
6. I am not regularly employed in Wyoming.
7. I am not regularly engaged in business, professional, or other similar activities in Wyoming.
8. I will pay the Pro Hac Vice fee as set by this Court.
9. I am in good standing with the Maine and New Hampshire Bars.
10. I have never been denied *pro hac vice* status, nor has any *pro hac vice* admission been revoked. I have never been formally disciplined or sanctioned by any court.
11. I have never been the subject of any formal, written disciplinary proceedings in any jurisdiction.
12. I have not been formally held in contempt or sanctioned by written order for disobedience of any Court order of violation of any Court Rules.
13. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.
14. I acknowledge that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

15. I acknowledge that I submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

Signed under the pains and penalties of perjury this 5th day of March 2024.

/s/ Keith Mathews, Esq.
Keith A. Mathews, Esq. (Bar No. 20997)
NH Bar No. 20997
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

On this 5th day of March 2024, before me, the undersigned notary public, personally appeared, Keith Mathews, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

/s/ Charles Teele

Justice of the Peace

My Commission Expires: 10-19-2027