UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., <br><br> *on behalf of themselves and all others similarly situated* <br><br> Plaintiffs, <br><br> *vs.* <br><br> APPLE INC. <br><br> Defendant. | Case No. 24-cv- |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

  **THIS MATTER** having come before the Court upon the motion of Local counsel for the Plaintiffs, Coronavirus Reporter corporation and CALID Inc., pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Keith Mathews *Pro Hac Vice* counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

  **IT IS HEREBY ORDERED** that Keith Mathews is hereby admitted to practice before this Court for all purposes in this matter.

  **IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

  **DATED** this _____ day of _____ 2024.

                BY THE COURT:

                _____
                UNITED STATES DISTRICT COURT JUDGE