# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

CORONAVIRUS REPORTER CORPORATION, CALID INC. on behalf of themselves and all others similarly situate

Case Number: 24-cv-00053

v..

APPLE INC.

---

### PRAECIPE

THE CLERK OF THIS SAID COURT:

Please issue an Alias Summons in the above-entitled cause for:

    Apple Inc.
    1 Apple Park Way
    Cupertino, CA 95014

_____
Attorney for Plaintiffs

3/25/2024
Date