BEFORE THE

UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE LITIGATION ANTITRUST | MDL No. 3113 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing:

**Response of Plaintiff Louis Levine in Opposition to the Motion of the Chiuchiarelli Plaintiffs to Transfer Actions to The Northern District Of California and in Support of Transfer of Actions to The United Stated District Court for the District of New Jersey for Coordinated or Consolidated Proceedings Pursuant To 28 U.S.C § 1407;** and

this **Proof of Service,**

were served electronically via ECF on all parties of record on April 25, 2024, unless otherwise served via First Class Mail or via Email, as indicated, on the following Service List.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 25, 2024            Respectfully submitted,

                                 **BARRACK, RODOS & BACINE**

                                 _/s/ William J. Ban_
                                 Eleven Times Square
                                 640 8th Avenue, 10th Floor
                                 New York, NY 10036
                                 Tel: (212) 688-0782
                                 Fax: (212) 688-0783
                                 wban@barrack.com

                                 *Counsel for Plaintiff Louis Levine*
                                 *No. 2:24-cv-04284-JXN-LDW (D.N.J.)*

# IN RE: APPLE INC. SMARTPHONE LITIGATION ANTITRUST, MDL No. 3113
## SERVICE LIST

| | |
|---|---|
| Cynthia Richman<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>CRichman@gibsondunn.com<br><br>*Counsel for Defendant Apple Inc.* | |
| William G. Caldes<br>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>bcaldes@srkattorneys.com<br>jcorrigan@srkattorneys.com<br>jspector@srkattorneys.com<br><br>Gordon Ball<br>**GORDON BALL, PLLC**<br>3728 West End Avenue<br>Nashville, Tennessee 37205<br>Tel: (865) 525-7028<br>gball@gordonball.com<br><br>Thomas H. Bienert, Jr. (pro hac vice forthcoming)<br>Daniel Goldman (pro hac vice forthcoming)<br>**BIENERT KATZMAN LITTRELL WILLIAMS**<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>Tel: (949) 369-3700<br>Fax: (949) 369-3701<br>tbienert@bklwlaw.com<br>dgoldman@bklwlaw.com<br><br>*Counsel for Plaintiffs Christina Kolinsky and Sidney Rossi*<br>*No. 2:24-cv-04232-JXN-LDW (D.N.J.)* | Joseph W. Cotchett<br>Adam Zapala<br>Elizabeth Castillo<br>Grace Park<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>gpark@cpmlegal.com<br><br>Karin B. Swope (pro hac vice forthcoming)<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Tel: (206) 802-1272<br>kswope@cpmlegal.com<br><br>*Counsel for Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper*<br>*No. 3:24-cv-01895-VC (N.D. Cal.)* |

| | |
|---|---|
| Peter A. Barile III<br>Peter St. Phillip<br>Vincent Briganti<br>Peter Demato<br>Raymond Girnys<br>**LOWEY DANNENBERG, P.C.**<br>44 S. Broadway, Suite 1100<br>White Plains, NY 10601<br>(914) 997-0500<br>pbarile@lowey.com<br>PStPhillip@lowey.com<br>VBriganti@lowey.com<br>pdemato@lowey.com<br>rgirnys@lowey.com<br><br>*Counsel for Plaintiff Stacy Kurtz*<br>*No. 2:24-cv-04355-JXN-LDW (D.N.J.)* | Israel David<br>Blake Hunter Yagman<br>**ISRAEL DAVID LLC**<br>17 State Street, Suite 4010<br>New York, NY 10004<br>isreal@israeldavidllc.com<br>blake.yagman@davidllc.com<br><br>Mario Alberto Moya<br>**MOYA LAW FIRM**<br>1300 Clay St., Suite 600<br>Oakland, CA 94612<br>mmoya@moyalawfirm.com<br><br>*Counsel for Plaintiff Jared Schermer*<br>*No. 3:24-cv-01815-AMO (N.D. Cal.)* |
| Dena C. Sharp (State Bar No. 245869)<br>Adam E. Polk (State Bar No. 273000)<br>Jordan Elias (State Bar No. 228731)<br>Namita Dhawan (State Bar No. 326639)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>dsharp@girardsharp.com<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>ndhawan@girardsharp.com<br><br>*Counsel for Plaintiffs Richard Dwyer and Aimen Halim*<br>*No. 5:24-cv-01844-PCP (N.D. Cal.)* | James E. Cecchi<br>**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>jcecchi@carellabyrne.com<br><br>Michael D. Hausfeld<br>Melinda R. Coolidge<br>Sarah R. LaFreniere<br>Nick Murphy*<br>Theodore DiSalvo<br>**HAUSFELD LLP**<br>888 16th Street, NW, Suite 300<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201<br>mhausfeld@hausfeld.com<br>mcoolidge@hausfeld.com<br>slafreniere@hausfeld.com<br>nmurphy@hausfeld.com<br>tdisalvo@hausfeld.com<br><br>Katie R. Beran<br>**HAUSFELD LLP**<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>Tel: (215) 985-3270<br>Fax: (215) 985-3271<br>kberan@hausfeld.com |

| | Scott D. Martin<br>Daniel P. Weick<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (212) 202-4322<br>smartin@hausfeld.com<br>dweick@hausfeld.com<br><br>Michael P. Lehman<br>Megan E. Jones<br>**HAUSFELD LLP**<br>600 Montgomery Street<br>Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 633-4980<br>mlehman@hausfeld.com<br>mjones@hausfeld.com<br><br>*Counsel for Plaintiff Shoshi Goldfus*<br>*No. 2:24-cv-04108-MEF-LDW (D.N.J.)* |
|---|---|
| **Via Email**<br>Ben Michael Harrington<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>benh@hbsslaw.com<br><br>*Counsel for Plaintiffs Deborah Collins, Hunter Collins and Henry Morales*<br>*No. 3:24-cv-01796-RS (N.D. Cal.)* | **Via Email**<br>Matthew S. Weiler<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Tel: (415) 421-7100<br>mweiler@schneiderwallace.com<br><br>Jason H. Kim<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>300 S. Grand Avenue, Suite 2700<br>Los Angeles, California 90071<br>Tel: (415) 421-7100<br>jkim@schneiderwallace.com<br><br>Peter B. Schneider<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>3700 Buffalo Speedway, Suite 960<br>Houston, TX 77098<br>Tel: (713) 338-2560<br>PSchneider@schneiderwallace.com |

| | Michael Dell'Angelo<br>**BERGER MONTAGUE**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>mdellangelo@bm.net<br><br>*Counsel for Plaintiff Erik D. Loewen,*<br>*No. 3:24-cv-02006-LB (N.D. Cal.)* |
|---|---|
| Laurence D. King<br>Matthew George<br>Blair E. Reed<br>**KAPLAN FOX & KILSHEIMER**<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707<br>lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br><br>Frederic S. Fox<br>Donald R. Hall<br>Hae Sung Nam<br>Chang Hahn<br>**KAPLAN FOX & KILSHEIMER**<br>800 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7715<br>ffox@kaplanfox.com<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>chahn@kaplanfox.com<br><br>*Counsel for Plaintiffs Christopher Miller*<br>*and Angela Boykin*<br>*No. 3:24-cv-01988-RFL (N.D. Cal.)* | James E. Cecchi<br>**CARELLA BYRNE CECCHI**<br>**BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel: (973) 994-1700<br>jcecchi@carellabyrne.com<br><br>Michael L. Roberts<br>Morgan T. Hunt<br>**ROBERTS LAW FIRM US, P.C.**<br>1920 McKinney Avenue, Suite 700<br>Dallas, Texas 75201<br>Tel: (501) 821-5575<br>mikeroberts@robertslawfirm.us<br>morganhunt-mackey@robertslawfirm.us<br><br>*Counsel for Ultra Home Set, LLC*<br>*No. 2:24-cv-04223-JXN-LDW (D.N.J.)* |

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#388166)
Daniel J. Nordin (#392393)
Mary M. Nikolai (#400354)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mnikolai@gustafsongluek.com


Dianne M. Nast (pro hac vice forthcoming)
Joseph N. Roda (pro hac vice forthcoming)
Michael S. Tarringer (pro hac vice forthcoming)
Michele S. Burkholder (pro hac vice forthcoming)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
jnroda@nastlaw.com
dnast@nastlaw.com
mtarringer@nastlaw.com
mburkholder@nastlaw.com

*Counsel for Plaintiff Kendra Kyndberg*
*No. 0:24-cv-01107-NEB-TNL (D. Minn.)*

Jeffrey B. Gittleman (NJ ID No. 031351996)
Meghan J. Talbot (NJ ID No. 096942017)
Zachary A. Pogust (pro hac vice forthcoming)
**POGUST GOODHEAD LLC**
161 Washington Street, Suite 250
Conshohocken, PA 19428
Tel: (610) 941-4204
jgittleman@pogustgoodhead.com
mtalbot@pogustgoodhead.com
zpogust@pogustgoodhead.com

Michael J. Boni
Joshua D. Snyder (NJ ID No. 02390200)
**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
mboni@bonizack.com
jsnyder@bonizack.com

*Counsel for Plaintiff Jacqueline Watson*
*No. 2:24-cv-04445-JXN-LDW (D.N.J.)*

| | |
|---|---|
| George A. Zelcs (N.D. Il. Bar No. 3123738)<br>David Walchak (N.D. Il. Bar No. 323422)<br>**KOREIN TILLERY LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>Tel: (312) 641-9750<br>Fax: (312) 641-9751<br>gzelcs@koreintillery.com<br>dwalchak@koreintillery.com<br><br>Stephen M. Tillery (N.D. Il. Bar No. 2834995)<br>Carol O'Keefe (N.D. Il. Bar No. 6335218)<br>**KOREIN TILLERY LLC**<br>505 N 7th Street, Suite 3600<br>St. Louis, MO 63101<br>stillery@koreintillery.com<br>cokeefe@koreintillery.com<br><br>Steven F. Molo (N.D. Il. Bar No. 6184051)<br>Eric Posner (N.D. Il. Bar No. 6329216)<br>**MOLOLAMKEN LLP**<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Tel: (312) 450-6700<br>Fax: (312) 450-6701<br>smolo@mololamken.com<br>eposner@mololamken.com<br><br>*Counsel for Plaintiff Joseph Giamanco*<br>*No. 1:24-cv-02694 (N.D. Ill.)* | Kenneth J. Grunfeld<br>Jeff Ostrow (pro hac vice forthcoming)<br>Steven Sukert (pro hac vice forthcoming)<br>**KOPELOWITZ OSTROW**<br>**FERGUSON WEISELBERG GILBERT**<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 525-4100<br>grunfeld@kolawyers.com<br>ostrow@kolawyers.com<br>sukert@kolawyers.com<br><br>Gary Klinger (pro hac vice forthcoming)<br>**MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com<br><br>J. Gerard Stranch, IV (pro hac vice forthcoming)<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br><br>*Counsel for Plaintiffs Timothy Moody, Alfredo De La Hoz, and Enrique Finkelstein*<br>*No. 2:24-cv-04560-JXN-LDW (D.N.J.)* |
| Christopher Seeger<br>Jennifer R. Scullion<br>Christopher L. Ayers<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>Tel: (973) 639-9100<br>Fax: (973) 639-9393<br>cseeger@seegerweiss.com<br>jscullion@seegerweiss.com<br>cayers@seegerweiss.com | Michael Rubin (SBN 80618)<br>James M. Finberg (SBN 114850)<br>Corinne F. Johnson (SBN 287385)<br>**ALTSHULER BERZON LLP**<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Tel: (415) 421-7151<br>mrubin@altber.com<br>jfinberg@altber.com<br><br>*Counsel for Plaintiff Thomas Leonard*<br>*No. 3:24-cv-02156-JD (N.D. Cal.)* |

| | |
|---|---|
| Paul J. Geller<br>Mark J. Dearman<br>Dorothy P. Antullis<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Tel: (561) 750-3000<br>Fax: (561) 750-3364<br>pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com<br>dantullis@rgrdlaw.com<br><br>David W. Mitchell<br>Alexandra S. Bernay<br>Arthur L. Shingler III<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel: (619) 231-1058<br>Fax: (619) 231-7423<br>davidm@rgrdlaw.com<br>xanb@rgrdlaw.com<br>ashingler@rgrdlaw.com<br><br>*Counsel for Plaintiffs Deanna Siano and Christopher Walker*<br>*No. 2:24-cv-04568-JXN-LDW (D.N.J.)* | |
| **Via Email**<br>Steven A. Schwartz (pro hac vice forthcoming)<br>Timothy N. Mathews (NJ ID No. 022262003)<br>Beena M. McDonald (pro hac vice forthcoming)<br>Alex M. Kashurba (NJ ID No. 140712014)<br>**CHIMICLES SCHWARTZ KRINER**<br>**& DONALDSON-SMITH LLP**<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>Tel: (610) 642-8500<br>Fax: (610) 649-3633<br>SAS@chimicles.com<br>timothymathews@chimicles.com<br>BMM@chimicles.com<br>amk@chimicles.com<br><br>*Counsel for Plaintiff Kevin Melkowski*<br>*No. 2:24-cv-04827-JXN-LDW (D.N.J.)* | **Via Email**<br>Francis A. Bottini, Jr. (SBN 175783)<br>Albert Y. Chang (SBN 296065)<br>Aaron P. Arnzen (SBN 218272)<br>**BOTTINI & BOTTINI, INC.**<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Tel: (858) 914-2001<br>Fax: (858) 914-2002<br>fbottini@bottinilaw.com<br>achang@bottinilaw.com<br>aarnzen@bottinilaw.com<br><br>*Counsel for Plaintiff Lisa Johnston Kane*<br>*No. 4:24-cv-02193-HSG (N.D. Cal.)* |

| | |
|---|---|
| **Via Email**<br>Gayle Meryl Blatt<br>Patricia Camille Guerra<br>Jeremy Keith Robinson<br>**CASEY GERRY SCHENK**<br>**FRANCAVILLA BLATT & PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA  92101<br>Tel: (619) 238-1811<br>Fax: (619) 544-9232<br>gmb@cglaw.com<br>camille@cglaw.com<br>jrobinson@cglaw.com<br><br>*Counsel for Plaintiffs Anali Herrerias and Mariah Nayeri, No. 5:24-cv-02199-AGT (N.D. Cal)* | Robert Ahdoot (SBN 172098)<br>Tina Wolfson (SBN 174806)<br>Theodore W. Maya (SBN 223242)<br>Christopher E. Stiner (SBN 276033)<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: (310) 474-9111<br>Fax:  (310) 474-8585<br>rahdoot@ahdootwolfson.com<br>twolfson@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>cstiner@ahdootwolfson.com<br><br>*Counsel for Plaintiffs Zachary Schwartz and Bernadette Lionerra*<br>*No. 4:23-cv-02213-DMR (N.D. Cal.)* |
| | **Via Email**<br>Keith Mathews (Pro Hac Vice)<br>**American Wealth Protection**<br>1000 Elm Street, Suite 800<br>Manchester, NH 03105<br>603-622-8100<br>keith@awplegal.com<br><br>Melissa R. Theriault, #6-4266<br>**WOODHOUSE RODEN AMES & BRENNAN, LLC**<br>1912 Capitol Ave., Suite 500<br>Cheyenne, WY 82001<br>(307) 432-9399<br>melissa@wrablaw.com<br><br>*Counsel for Coronavirus Reporter Corporation and CALID Inc.*<br>*No. 1:24-cv-00053-SWS (D. Wyo.)* |

| | |
|---|---|
| Lee Albert (NJ Atty. ID 026231986)<br>Brian Murray (pro hac vice forthcoming)<br>**GLANCY PRONGAY & MURRAY LLP**<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>Tel: (212) 682-5340<br>Fax: (212) 884-0988<br>lalbert@glancylaw.com<br>bmurray@glancylaw.com<br><br>Francis J. Flynn, Jr. (pro hac vice forthcoming)<br>**LAW OFFICE OF FRANCIS J. FLYNN, JR.**<br>6057 Metropolitan Plz<br>Los Angeles CA 90036<br>Tel: (314) 662-2836<br>casey@lawofficeflynn.com<br><br>*Counsel for Plaintiff Matthew Crocco*<br>*No. 2:24-cv-05281-JXN-LDW (D.N.J.)* | Michelle C. Clerkin<br>**SPIRO HARRISON & NELSON**<br>40 Exchange Place, Suite 1404<br>New York, NY 10005<br>Tel: (646) 880-8850<br>Fax: (973) 232-0887<br>mclerkin@shnlegal.com<br><br>David B. Harrison<br>Eric H. Jaso<br>Joseph M. Esposito<br>Alexandria D. Martinez<br>**SPIRO HARRISON & NELSON**<br>3 Bloomfield Avenue, Suite 2C<br>Montclair, NJ 07042<br>Tel: (973) 509-9521<br>Fax: (973) 232-0887<br>dharrison@shnlegal.com<br>ejaso@shnlegal.com<br>jesposito@shnlegal.com<br>amartinez@shnlegal.com<br><br>Jason C. Spiro<br>**SPIRO HARRISON & NELSON**<br>200 Monmouth Street, Suite 310<br>Red Bank, NJ 07701<br>Tel: (732) 784-1470<br>Fax: (973) 232-0887<br>jspiro@shnlegal.com<br><br>Rachel Dapeer<br>**DAPEER LAW, P.A.**<br>20900 NE 30th Avenue, #417<br>Aventura, FL 33180<br>Tel: (954) 799-5914<br>rachel@dapeer.com<br><br>*Counsel for Plaintiffs Tory Daines*<br>*and Szrah Babb*<br>*No. 2:24-cv-05359-JXN-LDW (D.N.J.)* |

| | |
|---|---|
| *Via Email*<br>Charles J. Kocher, Esq. (NJ ID 016952004)<br>**McOMBER McOMBER & LUBER, P.C.**<br>50 Lake Center Drive, Suite 400<br>Marlton, NJ 08053<br>Tel: (856) 985-9800<br>Fax: (856) 263-2450<br>cjk@njlegal.com<br><br>Heidi M. Silton (pro hac vice forthcoming)<br>Jessica N. Servais (pro hac vice forthcoming)<br>Joseph C. Bourne (pro hac vice forthcoming)<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br>hmsilton@locklaw.com<br>jnservais@locklaw.com<br>jcbourne@locklaw.com<br><br>*Counsel for Plaintiffs Susan Marie,*<br>*Sharla Hilburn and Nancy Cox*<br>*No. 2:24-cv-05541-JXN-LDW (D.N.J.)* | **Via First Class Mail**<br>Margret Botkins, Clerk of Court<br>United States District Court of Wyoming<br>Ewing T. Kerr Federal Building<br>111 South Wolcott, Room 121<br>Casper, WY 82601<br>Tel: (307) 232-2620 |
| **Via First Class Mail**<br>Mark B. Busby, Clerk of Court<br>United States District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building<br>& United States Courthouse<br>1301 Clay Street, Suite 400 S<br>Oakland, CA 94612 | **Via First Class Mail**<br>Mark B. Busby, Clerk of Court<br>United States District Court<br>Northern District of California<br>Robert F. Peckham Federal Building<br>& United States Courthouse<br>280 South 1st Street, Room 2112<br>San Jose, CA 95113 |
| **Via First Class Mail**<br>Mark B. Busby, Clerk of Court<br>Office of the Clerk<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102-3489 | **Via First Class Mail**<br>Kate M. Fogarty, Clerk of Court<br>United States District Court of Minnesota<br>Diana E. Murphy United States Courthouse<br>300 South Fourth Street - Suite 202<br>Minneapolis, MN 55415 |
| **Via First Class Mail**<br>Melissa E. Rhoads. Esq., Clerk of Court<br>United States District Court of New Jersey<br>Martin Luther King Building<br>& U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101 | **Via First Class Mail**<br>Thomas G. Bruton, Clerk of Court<br>United States District Court of Illinois<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |