# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.**<br><br>*on behalf of themselves and all others similarly situated.*<br><br>      Plaintiffs,<br><br>v.<br><br>**Apple Inc.**<br><br>      Defendant. | **STIPULATION REGARDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND RELATED BRIEFING SCHEDULE**<br><br><br>Civil No. 24-CV-00053 |

Plaintiffs Coronavirus Reporter Corp. and CALID Inc., ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

1. Plaintiffs served Defendant with the Complaint on May 31, 2024.

2. The Parties have met and conferred regarding a proposed schedule for Defendant's response to the Complaint.

3. The Parties agree that there is good cause to extend the schedule for briefing on any motion to dismiss.

4. No party has previously sought any extension of time in this action or will be prejudiced by the proposed extensions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant's deadline to answer or otherwise respond to the Complaint, including by filing any motion pursuant

to Rule 12, shall be July 30, 2024; Plaintiffs' opposition to any motion to dismiss shall be filed on or before August 27, 2024; and Defendant's Reply in support of any motion to dismiss shall be filed on or before September 17, 2024.  This agreement does not preclude any party from filing any other appropriate motion at any time.

DATED: June 14th, 2024

By: */s/ Melissa R Theriault*
    Melissa R. Theriault

Melissa R. Theriault
melissa@wrablaw.com
1912 Capitol Avenue
Suite 500
Cheyenne, WY 82001
Telephone: 307.432.9399

*Attorneys for Plaintiffs*

By: */s/ Leah C. Schwartz*
    Leah C. Schwartz

Leah C. Schwartz (7-5019)
lschwartz@parsonsbehle.com
20 East Simpson Ave.
P.O. Box 3890
Jackson, WY  83001
Telephone: 307.733.5130

*Attorneys for Defendant Apple Inc.*

2