FILED



8:29 am, 6/17/24

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.**  *on behalf of themselves and all others similarly situated.*       Plaintiffs,  v.  **Apple Inc.**       Defendant. | ORDER ON STIPULATION REGARDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND RELATED BRIEFING SCHEDULE   Civil No. 24-CV-00053 |

    **THIS MATTER** is before the Court on the Parties' Stipulation Regarding Defendant's Responsive Pleading Deadline and Related Briefing Schedule. Finding good cause to grant the same, IT IS HEREBY ORDERED:

    1.    Defendant's deadline to answer or otherwise respond to the Complaint, including by filing any motion pursuant to Rule 12, shall be July 30, 2024;

    2.    Plaintiffs' opposition to any motion to dismiss shall be filed on or before August 27, 2024; and

    3.    Defendant's Reply in support of any motion to dismiss shall be filed on or before September 17, 2024.

    4.    This Order does not preclude any party from filing any other appropriate motion at any time.

DATED this __17__ day of __June_____, 2024.

                                      */s/ Mark L. Carman*
                                      Hon. Mark L. Carman