PARSONS BEHLE & LATIMER
Leah C. Schwartz (Bar No. 7-5019)
20 E. Simpson Ave.
Jackson, Wyoming 83001
Telephone: (307) **733-5130**
Facsimile: (888) **413-7270**
LSchwartz@parsonsbehle.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.** *on behalf of themselves and all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>**Apple Inc.**<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF JULIAN KLEINBRODT**<br><br>Civil No. 24-CV-00053 |

Defendant Apple Inc., by and through its undersigned counsel of record, hereby moves for the admission pro hac vice, under Local Rule 84.2(b), of attorney Julian Kleinbrodt of Gibson Dunn & Crutcher, One Embarcadero Center Suite 2600, San Francisco, CA 94111; Telephone: 415.393.8382; Email: jkleinbrodt@gibsondunn.com as counsel for the Defendant.

1. Mr. Kleinbrodt is a member in good standing of the Bar of the State of California. See Affidavit of Julian Kleinbrodt attached hereto.

2. Mr. Kleinbrodt will remain associated with undersigned counsel throughout this case, and undersigned counsel will be fully prepared to represent the Defendant at any time, in any capacity.

3. Mr. Kleinbrodt consents to the exercise of the disciplinary jurisdiction of this Court.

4. Undersigned counsel is a member in good standing of the Bar of the State of Wyoming, is admitted to practice before this Court, and vouches for the good moral character and veracity of Mr. Kleinbrodt.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting the admission pro hac vice of Julian Kleinbrodt in this matter. A proposed order is submitted for the Court's convenience.

Submitted: June 28, 2024.

**PARSONS BEHLE & LATIMER**

/s/ *Leah C. Schwartz*
Leah C. Schwartz
*Attorneys for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

On this 28th day of June, 2024, I hereby certify that I electronically served the forgoing by filing a true and correct copy with the Court's ECF filing system, which sent a copy to all counsel of record.

/s/ *Leah C. Schwartz*