# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.**<br><br>*on behalf of themselves and all others similarly situated.*<br><br>          Plaintiff,<br><br>v.<br><br>**Apple Inc.**<br><br>          Defendant. | **AFFIDAVIT OF JULIAN KLEINBRODT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE PURSUANT TO U.S.D.C.L.R 84.2(b)**<br><br><br>Civil No. 24-CV-00053 |

Julian Kleinbrodt, pro hac vice applicant herein states and affirms as follows:

1. I am a Partner at Gibson Dunn & Crutcher LLP with offices at One Embarcadero Center Suite 2600, San Francisco, CA 94111; Telephone: 415.393.8293; Email: jkleinbrodt@gibsondunn.com.

2. I have been admitted to practice before the following state bar on the listed date:

    a.  California (12/26/2014)

3. I have not been grieved and am in good standing with the above state bar(s). I am not subject to any pending disciplinary proceedings and I have no past sanctions against me in any courts or bars;

4. I hereby affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming;

5.  I am a member of good standing of the Bar of the State of California.

6.  I am not a member of the Wyoming State Bar

7.  I will remain associated with local counsel, Leah C. Schwartz, throughout this case, who will be fully prepared to represent the Defendant at any time, in any capacity.

8.  I acknowledge that I am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

Dated: June 12, 2024

Julian Kleinbrodt

Subscribed and sworn to before me this 12th day of June, 2024.

NOTARY PUBLIC

