# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.** *on behalf of themselves and all others similarly situated.*<br><br>        Plaintiff,<br><br>v.<br><br>**Apple Inc.**<br><br>        Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF JULIAN KLEINBRODT**<br><br><br>Civil No. 24-CV-00053 |

**THIS MATTER**, having come before the Court upon the Motion of Defendant Apple Inc., pursuant to Rule 84.1(b) to the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Julian Kleinbrodt as Pro Hac Vice counsel in the District of Wyoming, and the court having reviewed this matter and being fully advised in the premises, hereby finds as follows:

**IT IS HEREBY ORDERED** that the motion is GRANTED and Julian Kleinbrodt is hereby admitted to practice before the Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in the Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the Defendant in all matters including pretrial conferences, trial and any

other hearings. Any notices, pleadings or other paper shall be served on all counsel of record, including local counsel.

DATED this ___ day of ___________________, 2024.

______________________________________
United States District Court Judge