# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.** *on behalf of themselves and all others similarly situated.*<br><br>        Plaintiffs,<br><br>v.<br><br>**Apple Inc.**<br>        Defendant. | DECLARATION OF JULIAN KLEINBRODT IN SUPPORT OF APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)<br><br><br>Civil No. 24-CV-00053 |

I, Julian W. Kleinbrodt, declare as follows:

1. I am an attorney licensed to practice in the State of California, and I have filed a motion for admission *pro hac vice* in this case. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I am also counsel of record for Apple in the related case *Coronavirus Reporter v. Apple Inc.*, No. 21-cv-5567-EMC (N.D. Cal.). I submit this declaration in support of Apple's Motion to Transfer Venue ("Motion"). I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. Over the course of 2021, Calid Inc., Coronavirus Reporter, Primary Productions, and Jeffrey Isaacs filed federal lawsuits against Apple alleging violations of the Sherman Act and other claims. True and correct copies of the docket reports for *Coronavirus Reporter v. Apple Inc.*, No. 21-cv-47 (D.N.H.), *Primary Productions LLC v. Apple Inc.*, No. 21-cv-137 (D. Me.), and

*Coronavirus Reporter v. Apple Inc.*, No. 21-cv-5567-EMC (N.D. Cal.) are attached hereto as **Exhibits 1–3**.

3. A true and correct copy of the Amended Complaint filed in *Coronavirus Reporter v. Apple Inc.*, No. 21-cv-47, Dkt. 17 (D.N.H.) ("the New Hampshire Action") is attached hereto as **Exhibit 4**.

4. On May 14, 2021, the U.S. District Court for the District of New Hampshire transferred the New Hampshire Action to the U.S. District Court for the Northern District of California. A true and correct copy of that order is attached hereto as **Exhibit 5**. The order is also available at 560 F. Supp. 3d 632.

5. On August 13, 2021, the U.S. District Court for the District of Maine transferred *Primary Productions* to the U.S. District Court for the Northern District of California. A true and correct copy of that order is attached hereto as **Exhibit 6**. The order is also available on Westlaw at 2021 WL 3610507.

6. The plaintiffs in the New Hampshire Action and *Primary Productions* ultimately dismissed their claims voluntarily (after repeatedly amending their complaints rather than responding to then-pending motions to dismiss filed by Apple).

7. A true and correct copy of the First Amended Complaint in *Coronavirus Reporter v. Apple Inc.*, No. 21-cv-5567-EMC, Dkt. 41 (N.D. Cal.) ("*Coronavirus I*") is attached hereto as **Exhibit 7**.

8. On November 30, 2021, the U.S. District Court for the Northern District of California dismissed with prejudice all claims in the First Amended Complaint in *Coronavirus I*. A true and correct copy of the court's order in *Coronavirus I* is attached hereto as **Exhibit 8**. That order is also available on Westlaw at 2021 WL 5936910.

9. On December 14, 2021, another entity associated with Isaacs filed a federal antitrust lawsuit against Apple. *The Coring Co. v. Apple Inc.*, No. 21-cv-82235, Dkt. 1 (S.D. Fla.). A true and correct copy of the complaint in *Coring Co.* is attached hereto as **Exhibit 9**.

10. On February 18, 2022, the U.S. District Court for the Southern District of Florida ordered the case transferred to the U.S. District Court for the Northern District of California. A true and correct copy of that order is attached hereto as **Exhibit 10**.

11. Following transfer, the plaintiff in *Coring Co.* voluntarily dismissed its complaint against Apple.

12. On November 3, 2023, the U.S. Court of Appeals for the Ninth Circuit affirmed the dismissal of *Coronavirus I* after the plaintiffs appealed. A true and correct copy of the court's opinion is attached hereto as **Exhibit 11**. The opinion is also available at 85 F.4th 948.

13. On January 15, 2024, the plaintiffs in *Coronavirus I* filed a petition for writ of certiorari in the United States Supreme Court. That petition was denied on May 13, 2024. A true and correct copy of the docket report for *Coronavirus Reporter v. Apple Inc.*, No. 23-1089 (Sup. Ct.) is attached hereto as **Exhibit 12**.

14. On April 12, 2024, while plaintiffs' petition for certiorari was pending in the United States Supreme Court, Isaacs moved the United States District Court for the Northern District of California to reopen the judgment in *Coronavirus I* pursuant to Federal Rule of Civil Procedure 60(b). A true and correct copy of Mr. Isaacs' motion to reopen is attached hereto as **Exhibit 13**.

15. A hearing on Isaacs' motion to reopen is currently set for September 26, 2024. A true and correct copy of the order setting that hearing date is attached as **Exhibit 14**.

16. On June 7, 2024, I met and conferred with Plaintiffs' counsel. Among other things, I inquired whether Plaintiffs would consent to transfer of this case to the Northern District of California. Plaintiffs declined to so consent.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2024, in San Francisco, California.

                                                  *Julian W. Kleinbrodt*

                                                  Julian W. Kleinbrodt