UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
9:33 am, 7/1/24
**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., *on behalf of themselves and all others similarly situated*, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:24-cv-00053-SWS |
| APPLE INC., ) ) ) | |
| Defendant. ) | |

---

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF JULIAN KLEINBRODT AND RACHEL BRASS FOR DEFENDANT

---

**THIS MATTER** having come before the Court upon the motion of counsel for the Defendant Apple Inc., pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Julian Kleinbrodt and Rachel Brass as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Julian Kleinbrodt and Rachel Brass are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 1st day of July, 2024.

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE