AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | | |
|---|---|---|
| Coronavirus Reporter Corporation, CALID Inc. <br> *Plaintiff* <br> v. <br> Apple Inc. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   1:24-cv-00053-SWS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: 07/02/2024

/s/ Julian W. Kleinbrodt
*Attorney's signature*

Julian W. Kleinbrodt 302085
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
*Address*

JKleinbrodt@gibsondunn.com
*E-mail address*

(415) 393-8200
*Telephone number*

(415) 393-8306
*FAX number*