AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Coronavirus Reporter Corporation, CALID Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00053-SWS |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: 07/02/2024

/s/ Rachel Brass
*Attorney's signature*

Rachel Brass 219301
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
*Address*

RBrass@gibsondunn.com
*E-mail address*

(415) 393-8200
*Telephone number*

(415) 393-8306
*FAX number*