UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| CORONAVIRUS REPORTER CORPORATION, CALID INC., | |
|---|---|
| *on behalf of themselves and all others similarly situated* | |
| Plaintiffs, | Case No. 1:24-cv-00053-SWS |
| vs. | |
| APPLE INC. Defendant. | |

# ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLE INC'S MOTION TO TRANSFER VENUE

**THIS MATTER** having come before the Court upon the Plaintiff's *Motion for Extension of Time for Responding to Apple Inc's Motion to Transfer Venue,* and the Court, having reviewed the file, and being fully advised in the premises and for good cause finds;

**IT IS HEREBY ORDERED** Plaintiff's *Motion for Extension of Time for Responding to Apple Inc's Motion to Transfer Venue* shall be and hereby is GRANTED and Plaintiff shall have up to and including fourteen days to respond to *Apple's Motion to Transfer Venue* after the JPML has issued order on Plaintiffs' JPML Rule 6.1 Motion to Centralize to NJ District and join MDL #3113.

**DATED** this \_\_\_\_\_ day of _____ 2024.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE