# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.** *on behalf of themselves and all others similarly situated.*  Plaintiffs,  v.  **Apple Inc.**  Defendant. | ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR RESPONDING TO APPLE'S MOTION TO TRANSFER VENUE  Civil No. 24-CV-00053 |

The Court has reviewed Plaintiffs' Motion for Extension of Time for Responding to Apple's Motion to Transfer Venue (Dkt. 26) and "errata" thereto (Dkt. 27) and Apple's Response (Dkt. 28).

It is hereby ORDERED that:

[**Option 1:** Plaintiffs' Motion for Extension of Time is DENIED. It is further ORDERED that Apple's Motion to Transfer (Dkt. 19) is GRANTED and that this case be TRANSFERRED to the U.S. District Court for the Northern District of California. Once transferred, the Clerk of Court is directed to close this case.]

[**Option 2:** Plaintiffs' Motion for Extension of Time is GRANTED IN PART AND DENIED IN PART. The following deadlines shall apply to the briefing on Apple's pending Motion to Transfer and forthcoming Motion to Dismiss Plaintiffs' Complaint:

| Event | Deadline |
|---|---|
| Plaintiffs' Opposition to Apple's Motion to Transfer | August 1, 2024 |
| Apple's Reply in support of its Motion to Transfer | August 18, 2024 |
| Apple's Motion to Dismiss Plaintiffs' currently operative Complaint (Dkt. 1) | 21 days after denial of Apple's transfer motion or, if transfer is granted, a deadline to be set by the transferee court |

DATED this ___ day of _____, 2024.

                                                                            The Hon. Mark L. Carman
United States Magistrate Judge