IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



FILED

5:26 pm, 7/16/24

**Margaret Botkins**
**Clerk of Court**

**Coronavirus Reporter Corporation, Calid Inc**.
on behalf of themselves and all others similarly situated.

        Plaintiff,

vs.

**Apple Inc**.

        Defendant.

Case No.  24-CV-053-SWS

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Court having reviewed Plaintiffs' Motion for Extension of Time for Responding to Apple's Motion to Transfer Venue (Doc. 26) and "errata" thereto (Doc. 27) and Defendant Apple Inc.'s Response to Plaintiff's' Motion for Extension of Time (Doc. 28), hereby **Grants in Part and Denies in Part** said motion.

Plaintiffs seek to obtain an indeterminate extension of time to respond to Defendant Apple Inc's Motion to Change Venue [Doc. 19] until such time as the Plaintiffs seek and obtain an amendment to its complaint and then resubmits its petition to the Judicial Panel for Multi-District Litigation ("JPML") for inclusion in MDL #3113[1]. Specifically, until fourteen (14) days after the decision of the JPML on the yet unfiled petition. In the

---

[1] Plaintiff has previously sought to include this matter within the pending Multi-District Litigation #3113, such request having been denied. [MDL No. 3113 Doc 130].

alternative, Plaintiff seeks an extension of twenty (20) days from the original deadline. Defendant objects to the first request but does not object to the alternative proposal of twenty (20) days. Defendant further asserts that this Court should deem Plaintiff's failure to file a response on the due day as a forfeiture of Defendant's motion to change venue.

The Court will first address Defendant's assertion that this Court should consider Plaintiffs' failure to file a timely response as a confession of the motion. Specifically, Defendant relies upon this Court's Local Civil Rule 7.1(b((1)(B) which reads in relevant part, "[t]he Court may, in its discretion, consider the failure of a responding party to file a timely response as a confession of the motion." In this matter Plaintiff filed a request for an extension of time on the day its response to the motion was due. While not exemplary by any measure, it is clear that Plaintiff sought to preserve its ability to respond to the pending change of venue motion. Plaintiff may have been lulled into their late action by the consent of Defendant to an extension of twenty days. This Court will exercise its discretion, as provided for by the Local Rule, and **not** deem Plaintiff to have confessed the motion.

In reviewing the request for extension, this Court is not inclined to grant an indeterminant extension which is linked to a yet unfiled amended complaint and unfiled petition to the JPML. The Court will grant the extension as previously consented to by Defendant of twenty (20) days. Plaintiff's response to Defendant Apple Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(A) is due on or before August 1, 2024. Defendant's reply in support of its motion to transfer venue is extended until August 18, 2024.

This Court entered its Order on Stipulation Regarding Defendant's Responsive Pleading Deadline and Related Briefing Schedule [Doc. 15]. As a result of the extension on the briefing on the pending motion for change of venue, it is necessary to address the dates for Defendant's responsive pleading. That deadline will be extended until September 12, 2024. Deadline for briefing will be as set forth in the applicable rules.

DATED this 16th day of July, 2024.

_____
The Hon. Mark L. Carman
United States Magistrate Judge