Keith Mathews
*Pro Hac Vice*
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
(603) 622-8100
keith@awplegal.com

Melissa R Theriault #6-4266
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave. Suite 500
Cheyenne, WY 82001
(307) 432-9399
melissa@wrablaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION<br><br>*on behalf of themselves and all others similarly situated*<br><br>Plaintiffs,<br><br>*vs.*<br><br>APPLE INC.<br>　　　　　　Defendant. | Case No. **24-cv-53-SWS**<br><br>**SHERMAN ACT ANTITRUST CLASS ACTION**<br><br>**FIRST AMENDED COMPLAINT APPENDIX**<br><br><br><br>DEMAND FOR JURY TRIAL |

# APPENDIX

# PLAINTIFFS' AMENDED SHERMAN ACT CLASS ACTION COMPLAINT

Exhibit A          *United States v. Apple Inc.*

Exhibit B          Dr. Robert Roberts CV

Exhibit C          Congressional Subcommittee Report Excerpts

Exhibit D          COVID-19 Tracking App Class Action Pending in DC District

Respectfully submitted, this 26th day of July 2024.

/s/ Keith Mathews
Keith Mathews
*Pro Hac Vice*
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
(603) 622-8100
keith@awplegal.com

/s/ Melissa R Theriault
Melissa R Theriault #6-4266
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave. Suite 500
Cheyenne, WY 82001
(307) 432-9399
melissa@wrablaw.com