# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation**<br><br>*on behalf of themselves and all others similarly situated.*<br><br>       Plaintiffs,<br><br>v.<br><br>**Apple Inc.**<br><br>       Defendant. | **PLAINTIFF'S APPEARANCE OF COUNSEL**<br><br><br><br>Civil No. 24-CV-00053 |

To: The clerk of court and all Parties of record

I am authorized to paractice in this court as Pro Hac Vice, and I appear in this case as counsel for: Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation.

                                        Respectfully submitted,
                                        Plaintiffs
                                        By their Attorneys:

Date:  8/6/2024                         Keith A. Mathews, Esq_____
                                        Keith A. Mathews, Esquire
                                        NH Bar No. 20997
                                        AWP Legal
                                        1000 Elm Street, Suite 800
                                        Manchester, NH 03101
                                        Ph. 603-622-8100
                                        keith@awplegal.com

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date that a copy of the foregoing was provided to all interested parties through the CMECF system.

    */s/Keith A. Mathews Esq*
    Keith A. Mathews, Esq.