# Exhibit B

# Kleinbrodt, Julian W.

| | |
|---|---|
| **From:** | Kleinbrodt, Julian W. |
| **Sent:** | Thursday, October 3, 2024 3:50 PM |
| **To:** | 'Keith Mathews'; Taylor Roybal; Melissa Theriault |
| **Cc:** | 'Leah C. Schwartz' |
| **Subject:** | Coronavirus Reporter, et al v. Apple Inc., No. 24-CV-00053 (D. Wyo.) |
| **Attachments:** | Stipulation re Transfer and MTD Deadlines_108051692_2.docx |

Counsel: In light of the JPML's denial of Plaintiffs' motion to transfer, we write to propose a briefing schedule on Apple's pending motion to transfer to the Northern District of California (Dkt. 19), Plaintiffs' motion for a more definite statement regarding that motion (Dkt. 32), and Apple's deadline to respond to the First Amended Complaint (Dkt. 30).

To streamline briefing of overlapping issues, we propose that Apple file a consolidated reply in support of its transfer motion and cross-opposition to Plaintiffs' motion for a more definite statement, which will not exceed 15 pages. Further, to avoid potentially duplicative and unnecessary Rule 12 briefing in the event this action is transferred, Apple proposes that its deadline to respond to the First Amended Complaint be set conditional on the Court's disposition of Apple's transfer motion. Apple therefore proposes the following schedule:

| Event | Deadline | Page Limit |
|---|---|---|
| Apple's consolidated reply in support of its motion to transfer and cross-opposition to Plaintiffs' motion for more definite statement | October 18, 2024 | 15 pages |
| Plaintiffs' cross-reply in support of motion for more definite statement | October 25, 2024 | 5 pages, per Local Rule 7.1(b)(1)(D) |
| Apple's motion to dismiss Plaintiffs' First Amended Complaint | 21 days after denial of Apple's transfer motion or, if transfer is granted, a deadline to be set by the transferee court | 25 pages per Local Rule 7.1(b)(2)(B) |

We have attached a draft stipulation proposing this briefing schedule to the Court. Please let us know if this is amenable to Plaintiffs and if you have any edits to the stipulation. If Plaintiffs decline to stipulate, Apple will move unilaterally for the Court to enter this schedule.

Best regards,
Julian

**Julian W. Kleinbrodt**
Partner

T: +1 415.393.8382 | M: +1 415.377.0902
JKleinbrodt@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715