# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc.** *on behalf of themselves and all others similarly situated.*  Plaintiffs,  v.  **Apple Inc.**  Defendant. | **ORDER ON DEFENDANT APPLE INC.'S MOTION TO ENTER BRIEFING SCHEDULE**  Civil No. 24-CV-00053 |

The Court has reviewed Defendant Apple Inc.'s motion to enter briefing schedule (Dkt. 38). For the reasons provided, and for good cause shown, it is hereby ORDERED that:

No later than October 25, 2024, Defendant Apple Inc. shall file a consolidated reply in support of its motion to transfer, Dkt. 19, and a cross-opposition to Plaintiffs' motion for a more definite statement, Dkt. 32, not to exceed 15 pages in length; and

No later than November 1, 2024, Plaintiffs shall file a cross-reply in support of their motion for a more definite statement, Dkt. 32, not to exceed 5 pages in length; and

Apple Inc.'s motion to dismiss Plaintiffs' First Amended Complaint, Dkt. 30, shall be due either 21 days after the Court's denial of Apple Inc.'s motion to transfer or, if the motion is granted, on a date to be determined by the transferee court.

It is so ORDERED.

DATED this \_\_\_ day of _____, 2024.

                                                                   The Hon. Scott P. Klosterman
Chief United States Magistrate Judge