

PCMag editors select and review products independently. If you buy through affiliate links, we may earn commissions, which help support our testing.

Home  >  News  >  Operating Systems  >  iOS

# Advocacy Group Accuses Apple of 'Stall Tactics' in DOJ Antitrust Case

'Justice has been anything but swift,' the Tech Oversight Project argues. Apple says the case is 'based on [a] false premise.'

 By Kate Irwin    October 8, 2024



(Credit: SOPA Images/Lightrocket via Getty Images)



Apple is reportedly dragging its feet as the Justice Department's antitrust lawsuit against the company makes its way through the courts, according to the nonprofit Tech Oversight Project.

Over 200 days have passed since the DOJ filed its case against Apple, which has a market cap of $3.42 trillion—one of the highest of any company in the world. Since then, "the case has been mired by inaction and stall tactics from Apple," the Tech Oversight Project claims.

The Tech Oversight Project seeks to "punish bad actions from big tech [and] hold big

tech accountable." When the nonprofit advocacy group launched in 2022, it partnered with smaller tech firms like DuckDuckGo, Yelp, Roku, and Proton to lobby for the American Innovation and Choice Online Act (AICO). The bill sought to limit tech companies from favoring their own products but was ultimately killed following a $95 million lobbying effort from Apple, Google, and others.

At this stage in the legal process, the Apple antitrust lawsuit doesn't have a case management plan, which helps set the stage for what's ahead, the Tech Oversight Project notes. By comparison, the US' ad tech trial against Google received one within 60 days, and its case against Live Nation had one within a month.

In June, the court requested a Rule 16 conference, which is intended to get both parties on the same page regarding schedules. Apple asked for a delay to prepare a motion to dismiss, which it submitted on Aug. 1.

The DOJ alleges that Apple has blocked and suppressed third-party developers from being able to offer competing apps and services, such as digital wallets, on Apple's iOS devices. It's also allegedly taken steps to stop multifunctional "super" apps and has made it harder for iPhone or Apple Watch users to move to an Android device.

In its motion to dismiss, Apple argues that those third parties are "capitalized social media companies, big banks, and global gaming developers, all of whom are formidable competitors in their own right and none of whom have the same incentives to protect the integrity or security of iPhone as Apple has."

---

**RECOMMENDED BY OUR EDITORS**



Google's Monopoly Harms the Open Web, Worsens Inflation, Experts Argue

Apple Intelligence Reportedly Drops on Oct. 28: Here's What You Get First

Apple iOS 18.0.1 Fixes Password Bug, Freezing Touch Screens

---

According to court documents, a case management conference is set for Oct. 10, while a technology tutorial is scheduled for Nov. 6. On the latter, the feds are currently fighting

Apple's efforts to have its employees present at the tutorial. "Educational tutorials are commonly presented by counsel alone, especially in antitrust cases," the DOJ says.

"Justice has been anything but swift," the Tech Oversight Project argues. "Apple has actively gummed up the process, and the courts have been too slow to react. With every passing day, Apple continues to rake in billions of dollars—obtained because it breaks the law to get ahead. This isn't a victimless crime."

PCMag has reached out to Apple for comment.

## About Kate Irwin

**Reporter**

I'm a reporter for PCMag covering tech news early in the morning. Prior to joining PCMag, I was a producer and reporter at Decrypt and launched its gaming vertical, GG. I have previously written for Input, Game Rant, Dot Esports, and other places, covering a range of gaming, tech, crypto, and entertainment news.

**Read Kate's full bio**

**Read the latest from Kate Irwin**

- States Slap Marriott With $52M Fine Over Breaches That Exposed Customer Data
- Feds Reportedly Investigating Rash of AT&T iPhone Delivery Thefts
- Update Now: Firefox Gets Critical Fix After Flaw Exploited in the Wild
- Chinese Hackers Sent OpenAI Staff Malware in Spear-Phishing Attacks
- Android, Chrome May Split From Google in Antitrust Case
- More from Kate Irwin

Be The First To React
Was this article helpful?

👍 Yes 0

👎 No 0

AdChoices  Sponsored



## Conversation

Go ahead, let us know your thoughts. Be respectful. Feel free to criticize ideas, but not people. PCMag has a strict commenting policy.

Log in  Sign up

Be the first to comment...



**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.

Powered by OpenWeb     Terms | Privacy | Feedback

## Popular in the Community



AdChoices  Sponsored

## PCMag Newsletters

Our Best Stories in Your Inbox →

## Follow PCMag



## HONEST, OBJECTIVE, LAB-TESTED REVIEWS

PCMag.com is a leading authority on technology, delivering lab-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

How We Test    Editorial Principles

Reviews    Best Products    Categories    Brands    Events    Series    Newsletters    Encyclopedia    Sitemap

About PCMag    Careers    Contact Us    Press Center



© 1996-2024 ZIFF DAVIS, LLC., A ZIFF DAVIS COMPANY. ALL RIGHTS RESERVED.

PCMag, PCMag.com and PC Magazine are among the federally registered trademarks of Ziff Davis and may not be used by third parties without explicit permission. The display of third-party trademarks and trade names on this site does not necessarily indicate any affiliation or the endorsement of PCMag. If you click an affiliate link and buy a product or service, we may be paid a fee by that merchant.

About Ziff Davis    Privacy Policy    Terms of Use    Advertise    Accessibility    Do Not Sell My Personal Information

