IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 OCT 25 AM 8:10

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION et al, <br><br> Plaintiff, <br><br> VS. <br><br> APPLE INC, <br><br> Defendant, | Case No. 24-CV-0053 |

## ORDER ENTERING BRIEFING SCHEDULE

This matter is before the Court on Defendant Apple Inc.'s ("Apple") Motion for Order to Enter Briefing Schedule. (ECF No. 38.) On June 28, 2024, Apple filed a Motion to Transfer Venue, requesting that the Court transfer this action to the U.S. District Court for the Northern District of California. (ECF No. 19.) However, after Apple filed this motion, Plaintiffs filed an Amended Complaint (ECF No. 30), and petitioned to join the District of New Jersey Multidistrict Litigation. (ECF No. 33.) The Court then stayed this action pending the decision of the Judicial Panel on Multidistrict Litigation. (*Id.*)

The United States Judicial Panel on Multidistrict Litigation denied Plaintiff's petition (ECF No. 37) and now before the Court is Apple's request for the Court to enter a briefing schedule regarding Apple's Motion to Transfer Venue. (ECF No. 38.) Having considered Apple's Motion (ECF No. 38) and Reply Brief (ECF No. 40), and Plaintiff's Response (ECF No. 39), the Court orders that that Apple may file supplemental briefing

to the Court by November 1, 2024. Apple's supplemental briefing may only address issues limited and pertinent to their Motion to Change Venue in light of Plaintiff's Amended Complaint. Plaintiff's response brief must be filed by November 14, 2024. Further, the Court limits the parties' filings to a maximum of ten pages, including attachments.

**IT IS THEREFORE ORDERED** that Defendant Apple's supplemental briefing be filed with the Court by November 1, 2024.

**IT IS FURTHER ORDERED** that Plaintiff's response brief be filed by November 14, 2024.

**IT IS FURTHER ORDERED** that the parties' filings be limited to ten pages, including attachments.

Dated this 24th day of October, 2024.

_____
Scott W. Skavdahl
United States District Judge