# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation** *on behalf of themselves and all others similarly situated.* <br><br> Plaintiffs, <br><br> v. <br><br> **Apple Inc.** <br><br> Defendant. | **SUPPLEMENTAL DECLARATION OF CATHERINE SPEVAK IN FURTHER SUPPORT OF APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** <br><br> Civil No. 24-CV-00053 |

I, Catherine Spevak, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I am employed as a Finance Manager at Apple Inc. and have personal knowledge of the statements below.

2. Greenflight Venture Corporation is the developer of record for two apps on the U.S. App Store storefront. Greenflight first accepted Apple's iOS Developer Program License on July 8, 2013. Greenflight accepted new versions of that agreement, or its successor (the Developer Program License Agreement ("DPLA")), 20 times since then, including on June 19, 2024. The current version of the DPLA, which has an identical forum-selection clause to the one signed last by Greenflight (and the one in Exhibit A of Mark Rollins's June 28, 2024, declaration), is available online: https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2024 in Rocklin, California.

_____
Catherine Spevak