# U.S. District Court
# District of Wyoming (Casper)
# CIVIL DOCKET FOR CASE #: 1:24–cv–00053–SWS

| | |
|---|---|
| Coronavirus Reporter Corporation et al v. Apple Inc | Date Filed: 03/05/2024 |
| Assigned to: Honorable Scott W Skavdahl | Jury Demand: Plaintiff |
| Referred to: US Magistrate Judge Scott P Klosterman | Nature of Suit: 410 Anti–Trust |
| Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

**Coronavirus Reporter Corporation**　　　represented by　**Keith Mathews**
*on behalf of themselves and all others similarly situated*

AMERICAN WEALTH PROTECTION
1000 Elm Street, Ste 800
03101
Manchester, NH 03101
603–552–5244
Email: keith@awplegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa R Theriault**
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Avenue
Suite 500
Cheyenne, WY 82001
307–432–9399
Email: melissa@wrablaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CALID Inc**　　　represented by　**Melissa R Theriault**
*on behalf of themselves and all others similarly situated*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greenflight Venture Corporation**　　　represented by　**Keith Mathews**
*on behalf of themselves and all others similarly situated*
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa R Theriault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Apple Inc** | represented by | **Julian Kleinbrodt**<br>Gibson, Dunn & Crutcher LLP<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111–3715<br>415–393–8382<br>Email: jkleinbrodt@gibsondunn.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Leah C Schwartz**<br>PARSONS BEHLE & LATIMER<br>20 East Simpson Ave.<br>P. O. Box 3890<br>Jackson, WY 83001<br>307–733–5130<br>Email: LSchwartz@parsonsbehle.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel Susan Brass**<br>Gibson, Dunn & Crutcher LLP<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111–3715<br>415–393–8293<br>Fax: 415–393–8306<br>Email: rbrass@gibsondunn.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2024 | Ï 1 | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF with Jury Demand. ( Filing fee $405 receipt #CHY 2–2787.), filed by Coronavirus Reporter Corporation, CALID Inc. (Attachments: # 1 Civil Cover Sheet) (Court Staff, stbd) Modified text on 3/12/2024 (Court Staff, sjlg). (Entered: 03/06/2024) |
| 03/05/2024 | Ï 2 | NOTICE of Attorney Appearance by Melissa R Theriault on behalf of CALID Inc, Coronavirus Reporter Corporation. (Court Staff, stbd) Modified text on 3/12/2024 (Court Staff, sjlg). (Entered: 03/06/2024) |
| 03/05/2024 | Ï 3 | MOTION REFERRED TO Judge Kelly H Rankin. MOTION for Keith Mathews to appear pro hac vice; Check not tendered; filed by Plaintiffs Did not select all filers. CALID Inc, Coronavirus Reporter Corporation. (Court Staff, stbd) Modified text on 3/12/2024 (Court Staff, sjlg). (Entered: 03/06/2024) |
| 03/05/2024 | Ï 5 | Praecipe for Summons filed by Plaintiffs CALID Inc, Coronavirus Reporter Corporation, 1 issued. (Attachments: # 1 Summons) (Court Staff, stbd) Modified text on 3/12/2024 (Court Staff, sjlg). (Entered: 03/06/2024) |

| 03/05/2024 | Ï | FINANCIAL ENTRY: PAYMENT OF $100 RECEIVED FOR PRO HAC VICE FEE FOR KEITH MATTHEWS. RECEIPT 2–2787. (Court Staff, smek) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | Ï 4 | ORDER by the Honorable Kelly H Rankin denying 3 MOTION for Keith Mathews to appear pro hac vice filed by Coronavirus Reporter Corporation, CALID Inc (Court Staff, semt) Modified text on 3/12/2024 (Court Staff, sjlg). (Entered: 03/06/2024) |
| 03/06/2024 | Ï 6 | MOTION REFERRED TO Judge Kelly H Rankin. Amended MOTION for Keith Matthews to appear pro hac vice; Check not tendered; filed by Plaintiff Coronavirus Reporter Corporation and CALID Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Theriault, Melissa) Modified text and filers on 3/12/2024 (Court Staff, sjlg). (Entered: 03/06/2024) |
| 03/06/2024 | Ï 7 | ORDER by the Honorable Kelly H Rankin granting 6 Amended MOTION for Keith Matthews to appear pro hac vice filed by Coronavirus Reporter Corporation and and CALID Inc. (cc: Counsel via email) (Court Staff, semt) Modified text on 3/12/2024 (Court Staff, sjlg). (Entered: 03/06/2024) |
| 03/25/2024 | Ï 8 | Praecipe for Alias Summons filed by Defendant Apple Inc, Alias Summons Returned Unexecuted by Coronavirus Reporter Corporation, CALID Inc as to All Defendants. (Attachments: # 1 Supplement Alias Summons) (Theriault, Melissa) (Entered: 03/25/2024) |
| 03/26/2024 | Ï 9 | 1 Alias Summons Issued (Court Staff, semt) (Entered: 03/26/2024) |
| 04/30/2024 | Ï 10 | NOTICE OF FILING from Counsel for Plaintiff Louis Levine in MDL No. 3113 of Response in Opposition to the Motion of the Chiuchiarelli Plaintiffs to Transfer Actions to The Northern District Of California and in Support of Transfer of Actions to The United Stated District Court for the District of New Jersey for Coordinated or Consolidated Proceedings Pursuant To 28 U.S.C § 1407. (Attachments: # 1 Proof of Service) (Court Staff, stbd) (Entered: 04/30/2024) |
| 05/22/2024 | Ï 11 | (TEXT–ONLY) ORDER REASSIGNING REFERRAL JUDGE. Case has been reassigned to US Magistrate Judge Mark L. Carman as Referral Judge for all further proceedings; US Magistrate Judge Stephanie A. Hambrick no longer assigned to case by the Honorable Scott W. Skavdahl.(Court Staff, szf) (Entered: 05/22/2024) |
| 05/31/2024 | Ï 12 | ALIAS SUMMONS Returned Executed by Coronavirus Reporter Corporation, CALID Inc. Apple Inc served on 5/31/2024, answer due on 6/21/2024 (Theriault, Melissa) (Entered: 05/31/2024) |
| 06/03/2024 | Ï 13 | ALIAS SUMMONS Returned Executed by Coronavirus Reporter Corporation, CALID Inc. (Theriault, Melissa) (Entered: 06/03/2024) |
| 06/14/2024 | Ï 14 | Stipulated MOTION for Extension of Time (Dispositive) requesting extension of Answer or Responsive Motion and Related Briefing filed by Defendant Apple Inc. (Attachments: # 1 Proposed Order)(Schwartz, Leah) (Entered: 06/14/2024) |
| 06/17/2024 | Ï 15 | ORDER by the US Magistrate Judge Mark L Carman granting 14 Stipulated Motion for Extension of Time. Defendant shall answer or otherwise respond to the Complaint by 7/30/24. See Order for additional deadlines. (Court Staff, sal) (Entered: 06/17/2024) |
| 06/28/2024 | Ï 16 | NOTICE of Attorney Appearance by Leah C Schwartz on behalf of Apple Inc (Schwartz, Leah) (Entered: 06/28/2024) |
| 06/28/2024 | Ï 17 | MOTION REFERRED TO Judge Mark L Carman. MOTION for Julian Kleinbrodt to appear pro hac vice; Check tendered; filed by Defendant Apple Inc. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Schwartz, Leah) (Entered: 06/28/2024) |
| 06/28/2024 | Ï 18 | MOTION REFERRED TO Judge Mark L Carman. MOTION for Rachel Brass to appear pro hac vice; Check tendered; filed by Defendant Apple Inc. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Schwartz, Leah) (Entered: 06/28/2024) |

| | | |
|---|---|---|
| 06/28/2024 | 19 | MOTION to Change Venue filed by Defendant Apple Inc. (Attachments: # 1 Proposed Order)(Schwartz, Leah) (Entered: 06/28/2024) |
| 06/28/2024 | 20 | MEMORANDUM in Support of 19 Motion to Change Venue filed by Defendant Apple Inc. (Schwartz, Leah) (Entered: 06/28/2024) |
| 06/28/2024 | 21 | AFFIDAVIT of Mark Rolllins re 20 Memorandum in Support of Motion *to Transfer Venue* filed by Defendant Apple Inc. (Attachments: # 1 Exhibit A) (Schwartz, Leah) (Entered: 06/28/2024) |
| 06/28/2024 | 22 | AFFIDAVIT of Julian W. Kleinbrodt re 20 Memorandum in Support of Motion *to Transfer Venue* filed by Defendant Apple Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14) (Schwartz, Leah) (Entered: 06/28/2024) |
| 07/01/2024 | 23 | ORDER by the US Magistrate Judge Mark L Carman granting 17 MOTION for Julian Kleinbrodt to appear pro hac vice, filed by Apple Inc; granting 18 MOTION for Rachel Brass to appear pro hac vice, filed by Apple Inc. (cc: counsel via email) (Court Staff, semt) Modified text on 7/5/2024 (Court Staff, semt). (Entered: 07/01/2024) |
| 07/02/2024 | 24 | Notice of Pro Hac Vice Attorney Appearance by Julian Kleinbrodt on behalf of Apple Inc Filing fee $ 100, receipt number BWYDC−2455300. (Kleinbrodt, Julian) (Entered: 07/02/2024) |
| 07/02/2024 | 25 | Notice of Pro Hac Vice Attorney Appearance by Rachel Susan Brass on behalf of Apple Inc Filing fee $ 100, receipt number AWYDC−2455371. (Brass, Rachel) (Entered: 07/02/2024) |
| 07/12/2024 | 26 | MOTION REFERRED TO Judge Mark L Carman. MOTION for Extension of Time (Non−Dispositive) requesting extension of Extension of Time for Responding to Apple Incs Motion to Transfer Venue filed by Plaintiffs CALID Inc, Coronavirus Reporter Corporation. (Theriault, Melissa) (Entered: 07/12/2024) |
| 07/12/2024 | 27 | ERRATA re 26 MOTION for Extension of Time (Non−Dispositive) requesting extension of Extension of Time for Responding to Apple Incs Motion to Transfer Venue by Plaintiffs CALID Inc, Coronavirus Reporter Corporation. (Attachments: # 1 Proposed Order Tolling MTV pending JPML Rule 6.1 Decision) (Mathews, Keith) (Entered: 07/12/2024) |
| 07/15/2024 | 28 | RESPONSE in Opposition re 26 MOTION for Extension of Time (Non−Dispositive) requesting extension of Extension of Time for Responding to Apple Incs Motion to Transfer Venue filed by Defendant Apple Inc. (Attachments: # 1 Proposed Order) (Schwartz, Leah) (Entered: 07/15/2024) |
| 07/16/2024 | 29 | ORDER by the US Magistrate Judge Mark L Carman granting in part and denying in part 26 Motion for Extension of Time. Please see Order for details. (Court Staff, sjlg) (Entered: 07/16/2024) |
| 07/26/2024 | 30 | AMENDED COMPLAINT against Defendant Apple Inc, filed by Coronavirus Reporter Corporation, CALID Inc. (Theriault, Melissa) (Entered: 07/26/2024) |
| 07/26/2024 | 31 | APPENDIX re 30 Amended Complaint filed by Plaintiffs CALID Inc, Coronavirus Reporter Corporation, Greenflight Venture Corporation. (Attachments: # 1 Exhibit A − United States Department of Justice v. Apple Inc. (New Jersey District), # 2 Exhibit B − Dr. Robert Roberts' CV, # 3 Exhibit C − Congressional Subcommittee Report, # 4 Exhibit D − Class Action for COVID Apps (DC District)) (Mathews, Keith) (Entered: 07/26/2024) |
| 08/01/2024 | 32 | OBJECTION to 19 Motion to Change Venue filed by Plaintiffs CALID Inc, Coronavirus Reporter Corporation, Greenflight Venture Corporation. (Mathews, Keith) (Entered: 08/01/2024) |
| 08/05/2024 | 33 | (TEXT−ONLY) ORDER STAYING CASE by the Honorable Scott W Skavdahl. Based on the petition to join District of New Jersey MDL No. 3113 currently pending before the JPML, this |

| | | |
|---|---|---|
| | | action will be stayed pending the JPML's decision. If the JPML denies the petition, this Court will reset the briefing and decision schedule on Apple's motion to transfer this case to the Northern District of California 19 and the Plaintiffs' responsive motion for a more definite statement regarding motion to change venue 32 . (Court Staff, swe) (Entered: 08/05/2024) |
| 08/06/2024 | 34 | NOTICE of Pro Hac Vice Attorney Appearance by Keith Mathews on behalf of Coronavirus Reporter Corporation, Greenflight Venture Corporation (Mathews, Keith) Modified event text on 8/9/2024 (Court Staff, semt). (Entered: 08/06/2024) |
| 08/30/2024 | 35 | PLEADING FILED IN ERROR, PLEASE DISREGARD – ~~EX–PARTE DOCUMENT – RESPONSE filed by Plaintiffs Greenflight Venture Corporation, Coronavirus Reporter Corporation, CALID Inc, Defendant Apple Inc.~~ (Mathews, Keith) Modified text on 9/3/2024 (Court Staff, sjlg). (Entered: 08/30/2024) |
| 09/18/2024 | 36 | (TEXT–ONLY) ORDER REASSIGNING REFERRAL JUDGE. Case reassigned to Chief US Magistrate Judge Scott P Klosterman for all further non–dispositive matters; US Magistrate Judge Mark L Carman no longer assigned to case by the Honorable Scott W Skavdahl. (Court Staff, sjlg) (Entered: 09/18/2024) |
| 10/03/2024 | 37 | ORDER DENYING TRANSFER re: pldg. (2 in DC/1:24–cv–00786, 134 in MDL No. 3113, 3 in WY/1:24–cv–00053), (7 in DC/1:24–cv–00786, 147 in MDL No. 3113, 10 in WY/1:24–cv–00053) The tag–along motion to transfer, pursuant to 28 U.S.C. 1407, is DENIED Signed by Judge Nathaniel M. Gorton, Acting Chair, PANEL ON MULTIDISTRICT LITIGATION, on 10/3/2024. Associated Cases: MDL No. 3113, DC/1:24–cv–00786, WY/1:24–cv–00053 (Court Staff, stbd) (Entered: 10/03/2024) |
| 10/11/2024 | 38 | MOTION REFERRED TO Judge Scott P Klosterman. MOTION for Order to Enter Briefing Schedule re 19 Motion to Change Venue/Transfer filed by Defendant Apple Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Kleinbrodt, Julian) Added links and link text on 11/4/2024 (Court Staff, semt). (Entered: 10/11/2024) |
| 10/15/2024 | 39 | RESPONSE in Opposition re 38 MOTION for Order to Enter Briefing Schedule filed by Plaintiffs Coronavirus Reporter Corporation, Greenflight Venture Corporation. (Attachments: # 1 Exhibit A – Apple Answering Brief Declaring Coronavirus Reporter App Non–Entity, # 2 Exhibit B – Related case proceeding in DC, # 3 Exhibit C – Apple delays in government proceeding) (Mathews, Keith) Modified event text on 10/15/2024 (Court Staff, semt). (Entered: 10/15/2024) |
| 10/21/2024 | 40 | REPLY to 39 Response in Opposition to Motion, *to Enter Briefing Schedule* filed by Defendant Apple Inc. (Schwartz, Leah) (Entered: 10/21/2024) |
| 10/25/2024 | 41 | ORDER ENTERING BRIEFING SCHEDULE by the Honorable Scott W Skavdahl re 38 Motion for Order to Enter Briefing Schedule. IT IS THEREFORE ORDERED that Defendant Apple's supplemental briefing be filed with the Court by November 1, 2024 and Plaintiff's response brief be filed by November 14, 2024. The parties' filings are limited to ten pages, including attachments. (Court Staff, semt) (Entered: 10/25/2024) |
| 11/01/2024 | 42 | *Supplemental* BRIEF *In Support of 19 Motion to Transfer* re 41 Order Entering Briefing Schedule, filed by Defendant Apple Inc. (Attachments: # 1 Supplemental Declaration of Catherine Spevak) (Kleinbrodt, Julian) Modified links and event text on 11/4/2024 (Court Staff, semt). (Entered: 11/01/2024) |
| 11/14/2024 | 43 | RESPONSE in Opposition re 19 MOTION to Change Venue filed by Plaintiffs Coronavirus Reporter Corporation, Greenflight Venture Corporation. (Mathews, Keith) (Entered: 11/14/2024) |
| 11/21/2024 | 44 | ORDER by the Honorable Scott W Skavdahl granting 19 Motion to Change Venue. The clerk of court shall transfer this case to the Northern District of California. (Court Staff, semt) (Entered: 11/21/2024) |