

**Brass, Rachel S.** <RBrass@gibsondunn.com>                    Thu, Oct 27, 2022, 8:04 PM
to Keith, Jeffrey

Mr. Mathews,

The statement in Apple's brief is true.  As far as Apple is aware, there is no extant entity "Coronavirus Reporter" to which relief could be granted.  To the extent that you are referring to the company listed in Wyoming corporate records as "Coronavirus Reporter Corporation," that is not the entity listed on the operative complaint or on any of your briefs, and you have not filed corporate disclosures identifying Coronavirus Reporter Corp. as the appellant in this case—despite our repeated requests that you comply with Local Rules and file such a disclosure below.  There is no basis for Apple to retract its brief or meet-and-confer.  If you wish to dispute the statement, the proper place to do so is in your reply brief.

Best,
Rachel

**Rachel S. Brass**
**Partner**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8293 • Mobile +1 415.264.5998
RBrass@gibsondunn.com • www.gibsondunn.com