RACHEL S. BRASS
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California  94111-3715
Telephone:	415.393.8200
Facsimile:	415.393.8306

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Coronavirus Reporter et al.** *on behalf of themselves and all others similarly situated.* <br><br> Plaintiffs, <br><br> v. <br><br> **Apple Inc.** <br><br> Defendant. | CASE NO. 21-CV-05567-EMC <br><br> [PROPOSED] **ORDER RELATING ACTIONS** <br><br> Honorable Edward M. Chen |

The Court **GRANTS** Defendant Apple Inc.'s Administrative Motion to Relate Actions pursuant to Local Rule 3-12(b).  It is hereby **ORDERED** that *Coronavirus Reporter Corporation v. Apple Inc.*, No. 3:24-cv-08660 is deemed related to *Coronavirus Reporter v. Apple Inc.*, No. 3:21-cv-05567-EMC.

**IT IS SO ORDERED.**

Dated: January 9, 2025

_____
THE HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Gibson, Dunn &
Crutcher LLP