Keith Mathews
*Pro Hac Vice*
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
keith@awplegal.com
(603) 923-9855

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION<br><br>*on behalf of themselves and all others similarly situated*<br><br>Plaintiffs,<br><br>*vs.*<br><br>APPLE INC.<br>                Defendant. | Case No. 3:24-cv-8660-EMC<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT APPLE INC.** |

**DECLARATION OF KEITH MATHEWS, ESQ.**

IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

I, Keith Mathews, declare under penalty of perjury as follows:

1. I am an attorney with American Wealth Protection and counsel of record for Plaintiffs Coronavirus Reporter Corporation, CALID Inc., and Greenflight Venture Corporation ("Plaintiffs") in the above-captioned matter.
2. On March 5, 2024, Plaintiffs filed the initial Complaint in the U.S. District Court for the District of Wyoming.
3. Defendant Apple Inc. ("Apple") was served with process on May 31, 2024. The Proof of Service was filed on the District of Wyoming docket at Docket Entry (DE) 12. The court initially set Defendant's Answer deadline for June 21, 2024.
4. By stipulation (DE 14), the parties agreed to extend Defendant's responsive pleading deadline to July 30, 2024. Plaintiffs subsequently filed a First Amended Complaint. A Motion to Consolidate was then filed before the Judicial Panel on Multidistrict Litigation ("JPML").
5. On August 5, 2024, Judge Skavdahl stayed the proceedings (DE 33) pending the JPML's ruling on consolidation.
6. On October 3, 2024, the JPML denied consolidation. Consequently, on October 24, 2024, Judge Skavdahl lifted the stay and established a new schedule. Under Fed. R. Civ. P. 12(a)(1)(A), Apple's Answer or Rule 12 motion was due by November 14, 2024 (21 days after the stay was lifted).
7. Instead of filing any responsive pleading, Apple filed a Motion to Transfer Venue and, in its Reply (DE 40), included a "proposed order" purporting to toll the Answer deadline. Judge Skavdahl's Order (DE 44) granted the transfer but did not adopt Apple's proposed tolling of the Answer deadline.
8. On December 3, 2024, the case was transferred to the U.S. District Court for the Northern District of California and initially assigned to Magistrate Judge Joseph Spero, then reassigned to District Judge Eumi K. Lee, and later related to the case before Judge Edward M. Chen. None of these judicial reassignments or scheduling orders have mentioned any further extension or stay of Apple's Answer obligation.
9. Since November 14, 2024, Apple has filed various procedural documents (declining magistrate jurisdiction, moving for case relation, etc.) but has never filed an Answer, Rule 12 motion, or any responsive pleading. More than two months have elapsed since the expiration of the deadline. No stipulation or court order has extended that deadline further.
10. Under Fed. R. Civ. P. 55(a), entry of default is required because Apple "has failed to plead or otherwise defend" within the time allowed.
11. Accordingly, Plaintiffs respectfully request that the Clerk of Court enter Defendant Apple Inc.'s default and allow Plaintiffs to proceed with a motion for default judgment under Rule 55(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of January, 2025.

/s/ Keith Mathews
Keith Mathews
Attorney for Coronavirus Reporter Corporation et al
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105