RACHEL S. BRASS
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California  94111-3715
Telephone:	415.393.8200
Facsimile:	415.393.8306

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Coronavirus Reporter Corporation et al.** *on behalf of themselves and all others similarly situated.*<br><br>Plaintiffs,<br><br>v.<br><br>**Apple Inc.**<br><br>Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Apple Inc. ("Apple") hereby stipulate and respectfully request the Court set the briefing schedule for Apple's motion to dismiss as follows:

WHEREAS, On March 5, 2024, Plaintiffs filed a Complaint in this action in the United States District Court for the District of Wyoming ("the Wyoming Court");

WHEREAS, On June 28, 2024, Apple filed a motion to transfer this action to the Northern District of California, Dkt. 19;

WHEREAS, On July 26, 2024, Plaintiffs filed an Amended Complaint, Dkt. 30;

WHEREAS, On July 29, 2024, Plaintiffs filed a motion to transfer this action to a multidistrict action in the District of New Jersey, MDL No. 3113, Dkt. 133 (J.P.M.L.);

WHEREAS, On August 5, 2024, the Wyoming Court stayed all deadlines and proceedings in

this action pending resolution of Plaintiffs' motion to transfer, including Defendant's deadline to respond to or move to dismiss the Amended Complaint, Dkt. 33;

WHEREAS, On October 3, 2024, the Judicial Panel on Multidistrict Litigation denied Plaintiffs' motion to transfer this action to New Jersey, Dkt. 37;

WHEREAS, On November 21, 2024, without having set deadlines for Apple to file a motion to dismiss Plaintiffs' Amended Complaint, the Wyoming Court transferred this action to this District, Dkt. 44;

WHEREAS, There is currently no operative deadline for Apple to respond to or move to dismiss Plaintiffs' Amended Complaint;

WHEREAS, The Parties have conferred regarding Apple's deadline to file a motion to dismiss;

WHEREAS, The Parties have agreed that Apple's motion to dismiss will be due 30 days from the Court's endorsement of this Stipulation;

WHEREAS, The Parties have agreed that Plaintiffs' opposition to Apple's motion to dismiss will be due 30 days after the deadline for Apple's motion to dismiss;

WHEREAS, The Parties have agreed that Apple's reply in support of its motion to dismiss will be due 21 days after the deadline for Plaintiffs' opposition to the motion to dismiss;

WHEREAS, The requested relief will not prejudice any party or cause delay.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Apple's motion to dismiss will be due 30 days after the Court's endorsement of this stipulation.
2. Plaintiffs' opposition to Apple's motion to dismiss will be due 30 days after the deadline for Apple's motion to dismiss.
3. Apple's reply in support of its motion to dismiss will be due 21 days after the deadline for Plaintiffs' opposition to Apple's motion to dismiss.

DATED: February 3, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Keith Mathews
    KEITH MATHEWS, *Pro Hac Vice*

Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaonelaw.com

*Counsel for Plaintiffs*

By: /s/ Julian W. Kleinbrodt
    JULIAN W. KLEINBRODT

RACHEL S. BRASS
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California 94111-3715
Telephone:   415.393.8200
Facsimile:   415.393.8306

*Counsel for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: February 3, 2025        GIBSON, DUNN & CRUTCHER

By: /s/ Julian W. Kleinbrodt
    JULIAN W. KLEINBRODT

*Counsel for Defendant*

Pursuant to this stipulation, and for good cause shown, **IT IS SO ORDERED.**

DATED: February 4, 2025

The Honorable Edward M. Chen
United States District Judge