1  RACHEL S. BRASS
   rbrass@gibsondunn.com
2  JULIAN W. KLEINBRODT
   jkleinbrodt@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
4  One Embarcadero Center
   Suite 2600
5  San Francisco, CA  94111-3715
   Telephone:    415.393.8200
6  Facsimile:    415.393.8306
7
   *Attorneys for Defendant Apple Inc.*
8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation<br><br>*on behalf of themselves and all others similarly situated.*<br><br>Plaintiffs,<br><br>v.<br><br>Apple Inc.<br><br>Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF DEFENDANT APPLE INC,'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: May 22, 2025<br>Time: 1:30 p.m. PT<br>Place: Courtroom 5, 17th Floor<br><br>The Honorable Edward M. Chen |

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Motion to Dismiss the First Amended Complaint. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of search results for the term "coronavirus reporter" on the Wyoming Secretary of State's corporate lookup tool, publicly available at https://wyobiz.wyo.gov/business/filingsearch.aspx (last accessed March 6, 2025), is attached hereto as **EXHIBIT 1**.

3. A true and correct copy of the Business Entity Details for Coronavirus Reporter Corporation in the Wyoming Secretary of State's business registry, publicly available at https://wyobiz.wyo.gov/business/FilingDetails.aspx?eFNum=178042217173052067138013177138232107099067148075 (last accessed March 3, 2025), is attached hereto as **EXHIBIT 2**.

4. A true and correct copy of Coronavirus Reporter Corporation's 2022 Annual Report filed with the Wyoming Secretary of State, publicly available at https://wyobiz.wyo.gov/business/FilingDetails.aspx?eFNum=178042217173052067138013177138232107099067148075 (last accessed March 3, 2025), is attached hereto as **EXHIBIT 3**.

5. A true and correct copy of Coronavirus Reporter Corporation's 2023 Annual Report filed with the Wyoming Secretary of State, publicly available at https://wyobiz.wyo.gov/business/FilingDetails.aspx?eFNum=178042217173052067138013177138232107099067148075 (last accessed March 3, 2025), is attached hereto as **EXHIBIT 4**.

6. A true and correct copy of Coronavirus Reporter Corporation's 2024 Annual Report filed with the Wyoming Secretary of State, publicly available at https://wyobiz.wyo.gov/business/FilingDetails.aspx?eFNum=178042217173052067138013177138232107099067148075 (last accessed March 3, 2025), is attached hereto as **EXHIBIT 5**.

7. A true and correct copy of Greenflight Venture Corporation's 2024 Annual Report, on file with the Florida Division of Corporations and publicly available at the URL

https://search.sunbiz.org/Inquiry/CorporationSearch/GetDocument?aggregateId=domp-p13000035701-1cce4a8d-6664-4571-a9b2-f54f46424ac6&transactionId=p13000035701-bc7d93b7-b57d-4fa1-91dc-c28c72722eb7&formatType=PDF (last accessed March 3, 2025), is attached hereto as **EXHIBIT 6**.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 6, 2025, at Boca Raton, Florida.

                    /s/ Julian W. Kleinbrodt
                     Julian W. Kleinbrodt