Exhibit  1

Business Center

Online Services

# SEARCH

NEW SEARCH

Please enter a filing name or a valid Filing ID and click 'Search'. Click any result to view details.

*If using this tool to check for name availability, click the documents in the "Database Tips" section below for information on how to search the name to ensure compliance with Wyoming statutes.*

**Filing Name**

coronavirus reporter

○ Starts With  ◉ Contains

**Filing ID**

_____  *Example: 2000-000123456*

SEARCH

| PAGE | 1 | OF 1 | RESULTS: 1-1 OF 1 |
|---|---|---|---|

**Coronavirus Reporter Corporation - 2021-000974840 (CORP)**

Status: Inactive - Administratively Dissolved (Agent)

Standing - Tax: **Delinquent**          Standing - RA: **Delinquent**          Filed On: 01/

| Page | 1 | of 1 | Results: 1-1 of 1 |
|---|---|---|---|

**Database Tips:**

*Before forming a business, use these* **helpful search tips** *and information on* **how to choose a company name** *to ensure compliance when choosing a name for your new company.*

*Filing ID refers to the identification number assigned to the business entity by the Secretary of State's Office. If you do not know your Filing ID, please search by the name of the business entity.*

*The statement that a company is in "good standing" simply notifies the public that all paperwork or fees required to form or maintain registration has been filed with the Secretary of State and is current. "Good Standing" in no way implies endorsement of the business nor does it reflect on the quality of the products or services provided by the business.*