# Exhibit 2

Business Center                                                                                    Online Services   Search

**RETURN TO YOUR SEARCH**     **FILE YOUR ANNUAL REPORT**     **FILE YOUR REINSTATEMENT**

# DETAIL

Coronavirus Reporter Corporation

This detail reflects the current data for the filing in the system.                                   Print

**Name**
Coronavirus Reporter Corporation

| | | |
|---|---|---|
| **Filing ID** 2021-000974840 | **Status** Inactive - Administratively Dissolved (No Agent) | **Fictitious Name** |
| **Type** Profit Corporation - Domestic | **Sub Status** Current | |
| | **Initial Filing** 01/21/2021 | |
| **Standing - Tax** Delinquent | **Inactive Date** 06/16/2024 | |
| **Standing - RA** Delinquent | **Term of Duration** Perpetual | |
| **Standing - Other** Good | **Formed In** Wyoming | |

**Principal Office**
34 N Franklin Ave
Ste 687 1854
Pinedale, WY 82941
USA

**Mailing Address**
34 N Franklin Ave
Ste 687 1854
Pinedale, WY 82941
USA

---

**Additional Details**

**Registered Agent:**
No Agent
No Office
Laramie County WY

**Latest AR/Year**
09479356 / 2024

**AR Exempt**
No

**License Tax Paid**
$60.00

**Common Shares**
1,000

**Common Par Value**
$0.01

**Preferred Shares**
0

Preferred Par Value

| History | |
|---|---|
| Delinquency Notice - Tax - 2025-005483709 | Date: 01/02/2025 |
| Dissolution / Revocation - RA - 2024-005136582 | Date: 06/16/2024 |
| RA Resignation - 2024-004707559 | Date: 04/08/2024 |
| 2024 Original Annual Report - 09479356 | Date: 01/22/2024 |
| Delinquency Notice - Tax - 2024-004537026 | Date: 01/02/2024 |
| 2023 Original Annual Report - 08216484 | Date: 02/23/2023 |
| Delinquency Notice - Tax - 2023-003972381 | Date: 01/02/2023 |
| Reinstatement - Tax - 2022-003628804 | Date: 04/10/2022 |
| 2022 Original Annual Report - 07178280 | Date: 04/10/2022 |
| Dissolution / Revocation - Tax - 2022-003598842 | Date: 03/11/2022 |
| Delinquency Notice - Tax - 2022-003525872 | Date: 01/02/2022 |
| Initial Filing - See Filing ID | Date: 01/21/2021 |

### Public Notes

No Public Notes Found...

### Parties

Kieth Mathews (Treasurer / Director)   Organization:
Address: 1000 Elm Street #800, Manchester NH 03101