# Exhibit 3

# 2022 Profit Corporation Annual Report

| | |
|---|---|
| Due on or Before: | January 1, 2022 |
| ID: | 2021-000974840 |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 07178280 |

**For Office Use Only**
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Coronavirus Reporter Corporation**

1: Mailing Address

   34 N Franklin Ave
   Ste 687 1854
   Pinedale, WY 82941

<u>Current Registered Agent:</u>
Corporation Service Company
1821 Logan Ave
Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

2: Principal Office Address

   34 N Franklin Ave
   Ste 687 1854
   Pinedale, WY 82941

   Phone: (888) 650-3738
   Email: otherdocsforus@gmail.com

3: Officers and Directors

   Secretary            Keith Mathews - 1000 Elm St, Manchester NH 03105

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Keith Mathews | Keith Mathews | April 10, 2022 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.