# Exhibit 4

# 2023 Profit Corporation Annual Report

| | | |
|---|---|---|
| Due on or Before: | January 1, 2023 | **For Office Use Only** |
| ID: | 2021-000974840 | Wyoming Secretary of State |
| State of Formation: | Wyoming | Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020 |
| License Tax Paid: | $60.00 | 307-777-7311 |
| AR Number: | 08216484 | https://wyobiz.wyo.gov/Business/AnnualReport.aspx |

**Coronavirus Reporter Corporation**

**Current Registered Agent:**
Corporation Service Company
1821 Logan Ave
Cheyenne, WY 82001

1: Mailing Address

34 N Franklin Ave
Ste 687 1854
Pinedale, WY 82941

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate form available from the Secretary of State's website at https://sos.wyo.gov

2: Principal Office Address

34 N Franklin Ave
Ste 687 1854
Pinedale, WY 82941

Phone: (603) 622-8100
Email: otherdocsforus@gmail.com

3: Officers and Directors

Treasurer / Director    Kieth Mathews - 1000 Elm Street #800, Manchester NH 03101

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Keith Mathews | Keith Mathews | February 23, 2023 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

---

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

Instructions:
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.