# Exhibit 6

**2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P13000035701

**Entity Name:** GREENFLIGHT VENTURE CORPORATION

**FILED**
**Apr 02, 2024**
**Secretary of State**
**9522798362CC**

**Current Principal Place of Business:**

90, GRAND ETANG
CO VOLVERT INTERNATIONAL SARL
TERRE BASSE, ST MARTIN 97150

**Current Mailing Address:**

10312 ORCHID RESERVE DR
W PALM BEACH, FL 33412 US

**FEI Number:** 46-2583393

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ISAACS, JEFFREY DR.
10312 ORCHID RESERVE DRIVE
W PALM BEACH, FL 33412 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: /DR JEFFREY D. ISAACS/                                04/02/2024

Electronic Signature of Registered Agent                         Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | CEO |
| Name | ISAACS, JEFFREY D DR. |
| Address | 10312 ORCHID RESERVE DR |
| City-State-Zip: | W PALM BEACH FL 33412 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JEFFREY ISAACS                    CE                  04/02/2024

Electronic Signature of Signing Officer/Director Detail          Date