1

2                IN THE UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                     SAN FRANCISCO DIVISION

5  Coronavirus Reporter Corporation, Calid Inc.,     CASE NO. 3:24-CV-08660-EMC
   Greenflight Venture Corporation
6                                                    **[PROPOSED] ORDER GRANTING
                                                     DEFENDANT APPLE INC.'S MOTION
7  *on behalf of themselves and all others similarly*   **TO DISMISS FIRST AMENDED
   *situated.*                                        COMPLAINT**
8                       Plaintiffs,
                                                     Honorable Edward M. Chen
9          v.

10  Apple Inc.

11                      Defendant.

12

13

14        Having considered Defendant Apple Inc.'s Motion to Dismiss First Amended Complaint and

15  supporting documents, being fully advised on the proceedings, and for good cause shown, it is hereby

16  **ORDERED** that:

17        (1)      The Court **GRANTS** Apple Inc.'s Motion to Dismiss; and

18        (2)      Plaintiffs' First Amended Complaint is hereby **DISMISSED** with prejudice as to all

19  claims and causes of action asserted against Apple Inc.

20        **IT IS SO ORDERED.**

21

22

23

24

25

26  Dated: _____        _____

27                                          THE HON. EDWARD M. CHEN

28                                          UNITED STATES DISTRICT JUDGE

Gibson, Dunn &
Crutcher LLP