IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION<br><br>*on behalf of themselves and all others similarly situated*<br><br>        Plaintiffs,<br><br>*vs.*<br><br>APPLE INC.<br>        Defendant. | Case No. 3:24-cv-8660-EMC |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION

(1) FOR LEAVE TO FILE A SUR-REPLY AND

(2) TO CONVERT DEFENDANT'S RULE 12(b)(6) MOTION

UNDER RULE 12(d) (OR, IN THE ALTERNATIVE,

TO EXCLUDE EXTRA-PLEADING MATERIAL)

Having considered the papers and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiffs may file the Sur-Reply appended as Exhibit A to their motion.

2. Defendant's Motion to Dismiss (ECF No. 64) is CONVERTED to one for summary judgment under Fed. R. Civ. P. 12(d).

3. Pursuant to Fed. R. Civ. P. 56(d), the Court defers ruling and grants Plaintiffs limited discovery as outlined in their declaration.

– OR –

3. In the alternative, the Court excludes Defendant's extra-pleading materials.

IT IS SO ORDERED.

Dated: _____                    _____

United States District Judge Edward Chen