# Exhibit 1

**Kleinbrodt, Julian W.**

| | |
|---|---|
| **From:** | Brass, Rachel S. |
| **Sent:** | Monday, September 6, 2021 5:21 PM |
| **To:** | Keith Mathews; mkernan@kernanlaw.net; info@clasen.law |
| **Cc:** | Perry, Mark A. |
| **Subject:** | Coronavirus Reporter et al.  v. Apple Inc. et al., No. 3:21-CV-05567-EMC.; Primary Productions v. Apple, No. 3:21-CV-6841-JSC |

Counsel,

Each of you has entered an appearance in the case styled *Coronavirus Reporter et al.  v. Apple Inc. et al.*, No. 3:21-CV-05567-EMC.  None of you has filed a withdrawal.  Therefore, the three of you are and remain responsible for all filings and communications related to this lawsuit. Mr. Mathews has also appeared in *Primary Productions v. Apple*, No. 3:21-CV-6841-JSC.

As you are aware, your client Jeffrey Isaacs has increasingly been sending communications directly to me regarding the *Coronavirus Reporter* and *Primary Productions* litigation and related issues, using a variety of e-mail addresses.  Although Coronavirus Reporter, CALID Inc., and Primary Productions LLC have not submitted a Federal Rule 7.1 Corporate Disclosure Statement and/or Local Rule 3-15 Disclosure of Non-party Interested Entities or Persons, we understand that Mr. Isaacs is the driving force behind these lawsuits.  Mr. Isaacs has also been referred to as your "client."

In these circumstances, neither I nor my colleagues may communicate with Mr. Isaacs, directly or indirectly, regarding the litigation or related subjects.  *See* Cal. R. Prof. Conduct 4.2.  We have no intention of doing so.  Accordingly, as I have already once asked of Mr. Mathews, please inform Mr. Isaacs of this limitation, and ask him to communicate with us (and Apple) only through the three of you, or any other counsel that he or plaintiffs may retain.

While we will continue to retain communications from Mr. Isaacs, we will also continue to refrain from responding to any of them.  This approach is mandated by the California ethics rules, and obviously does not reflect our (or Apple's) position on the contents of any of Mr. Isaacs' communications.  Accordingly, neither Mr. Isaacs nor any entity in which he has any interest – including the plaintiffs in *Coronavirus Reporter* and *Primary Productions* – may draw any inference (or urge any court, tribunal, or other party to draw any inference) from the fact that we have not responded to any or all of Mr. Isaacs' communications, or anything contained in any of them.  We are putting the three of you on notice that any such argument, if made in a court filing, would be unfounded and baseless.

If the plaintiffs in the pending lawsuits wish to communicate with Apple regarding anything related to the lawsuits (including but not limited to the *Cameron* settlement), please ensure that plaintiffs' counsel send appropriate communications directly to me as Apple's counsel.  For the avoidance of doubt, we have not authorized plaintiffs' counsel to communicate directly with Apple or its executives, who we represent for these purposes.  We will of course continue to respond promptly to appropriate inquiries from you, as counsel for plaintiffs, to me, as counsel for Apple, in these pending matters.

Finally, we take this opportunity to once again remind you of your own obligation to comply with the Northern District's Guidelines for Professional Conduct.  While Mr. Isaacs is (apparently) not a lawyer, you have the obligation to ensure that all communications in these matters – with the Court, with Apple, and with Apple's counsel – are professional and appropriate.  The pattern of events thus far does not reflect well on you or your client(s).  We also take this opportunity to remind all of you that if a frivolous Rule 11 motion is filed in any of these actions, as has been repeatedly threatened, we reserve the right to seek fees and costs incurred in connection with such a motion, and we will seek such fees and costs from each of you, in addition to your client(s).

Regards,
Rachel

**Rachel S. Brass**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8293 • Mobile +1 415.264.5998
RBrass@gibsondunn.com • www.gibsondunn.com