# Exhibit 5



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
THE CORING COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | P22000006742 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 01/18/2022 |
| **Effective Date** | 01/13/2022 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/22/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

1000 ELM STREET
SUITE 800
MANCHESTER, NH 03102

**Mailing Address**

1000 ELM STREET
SUITE 800
MANCHESTER, NH 03102

**Registered Agent Name & Address**

MATHEWS, KEITH
4613 N UNIVERSITY DR
#578
CORAL SPRINGS, FL 33067

**Officer/Director Detail**

NONE

**Annual Reports**

No Annual Reports Filed

**Document Images**

01/18/2022 -- Domestic Profit     View image in PDF format