# Exhibit 6

# Kleinbrodt, Julian

| | |
|---|---|
| **From:** | Kleinbrodt, Julian W. <JKleinbrodt@gibsondunn.com> |
| **Sent:** | Friday, June 7, 2024 4:44 PM |
| **To:** | 'Melissa Theriault'; 'keith@awplegal.com'; 'Taylor Roybal' |
| **Cc:** | 'Leah C. Schwartz' |
| **Subject:** | Coronavirus Reporter v. Apple, 24-cv-00053 (D. Wyo.) |

All,

Thank you for speaking with us today. To memorialize our discussion, Plaintiffs will consider Apple's request for an extended briefing schedule on any motions in response to Plaintiff's complaint, including 60 days (or otherwise) to respond to the Complaint. As I noted, Apple is willing to entertain a reasonable, reciprocal extension for Plaintiffs' opposition if desired by Plaintiffs. Apple will consider whether to stipulate in the Northern District of California matter to request an extension of the currently scheduled hearing on the Rule 60 motion. As agreed, the parties will endeavor to follow-up with their positions on these requests by the end of the day on Monday.

In addition, we discussed the potential for stipulating to transferring this case to the Northern District of California. Plaintiffs' position was that any such stipulation would be conditioned on Apple agreeing not to argue res judicata. As you explained, it is your position that Apple is judicially estopped from making such an argument because, you stated, the Coronavirus Reporter entity named in the Northern District of California case is not an actual entity, a fact that you said you recognized at least as of the time that Apple filed its answering brief in the Ninth Circuit Court of Appeals. Regardless, as I noted, Apple is not waiving a res judicata argument in this case.

Best regards,
Julian

**Julian W. Kleinbrodt**
Partner

T: +1 415.393.8382 | M: +1 415.377.0902
JKleinbrodt@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715