IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION<br><br>*on behalf of themselves and all others similarly situated*<br><br>　　　　　　　　Plaintiffs,<br><br>*vs.*<br><br>APPLE INC.<br>　　　　　　　　Defendant. | Case No. 3:24-cv-8660-EMC |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION

IT IS SO ORDERED that:

Apple's "Motion for Sanctions" (ECF 70) is **stricken** pursuant to Cal. Code Civ. Proc. § 425.16, and Plaintiffs shall submit a fee affidavit within fourteen (14) days specifying attorney's fees currently estimated at $2,250.00;

**OR**

Briefing and any hearing on ECF 70 are **stayed** pending further order; Plaintiffs' opposition, if necessary, shall be due thirty (30) days after the later of (a) disposition of ECF 62, or (b) resolution of the contested withdrawal of attorney Theriault; and

Within ten (10) days, Apple shall file a clarifying statement (and accompanying proof of service) specifying the persons and entities it seeks to enjoin and the scope of relief requested.

Dated: _____          _____
                                  United States District Judge Edward Chen