Melissa R. Theriault, #6-4266
WOODHOUSE RODEN AMES & BRENNAN, LLC
1912 Capitol Avenue, Suite 500
Cheyenne, WY 82001
(307) 432-9399

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION,<br><br>*on behalf of themselves and all others similarly situated*<br><br>Plaintiffs,<br><br>*vs.*<br><br>APPLE INC.<br><br>Defendant. | Case No. 3:24-cv-08660-EMC |

**AMENDED NOTICE OF WITHDRAWAL AS COUNSEL**
_____

Melissa R. Theriault of Woodhouse Roden Ames & Brennan, LLC, hereby amends her May 19, 2025 Notice of Withdrawal (ECF No. 66) and requests the Court enter an Order allowing counsel to withdraw from this matter. In support thereof, the undersigned asserts:

1) Undersigned counsel was retained to serve as local counsel in the United States District Court for the District of Wyoming, which is where this matter was initially filed.

2) On November 21, 2024, this matter was transferred from the District of Wyoming to the United State District Court California Northern District (San Francisco).

3) Promptly thereafter, undersigned counsel terminated representation. However, undersigned remained identified as counsel of record in the Northern District of California.

4) Undersigned is not barred in California and does not practice law in California. Further, undersigned can offer no insights to the local rules, practices, or customs of a California court.

5) Accordingly, counsel sought withdrawal from this matter in accordance with California's Local Rules.

6) Under Northern District of California Civil Local Rule 5-1(c)(2)(C) and (D), "If a particular counsel ceases to be involved with a case when the party is still represented by other counsel, a Notice of Change in Counsel must be e-filed. The withdrawal of a party's sole remaining counsel is governed by Civil L.R. 11-5 and requires an order of the Court."[1]

7) Keith Mathews is counsel of record for each Plaintiff. (ECF No. 34).

8) Daniel de Zouza Clasen is counsel of record for Coronavirus Reporter Corporation. (ECF No. 56).

9) Accordingly, on May 19, 2025, undersigned submitted a Notice of Withdrawal electronically and without request for entry of an Order.

10) However, as noted above, this case originated in Wyoming. The United States District Court for the District of Wyoming's Local Rules require that the withdrawing attorney report the client's consent to withdrawal. If the client does not consent, the Court sets the matter for hearing. Wyoming U.S.D.C.L.R. 84.3(b) and (c).

11) Plaintiffs do not consent to this withdrawal.

---

[1] Under Civil L.R. 11-5(a): "Counsel may not withdraw from an action until relieved by order of the Court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case."

12) Therefore, out of an abundance of caution, undersigned is amending her May 19, 2025 Notice of Withdrawal to report Plaintiffs' lack of consent to this Court; particularly, as Plaintiffs have requested that Defendant continue copying undersigned on communications.

13) If the Court wishes to set this matter for a hearing, undersigned counsel requests that the Court conduct the same ex-parte as privileged information could be disclosed.

14) If this Court does not require a hearing, undersigned respectfully requests entry of an Order releasing counsel, Melissa R. Theriault, from this case.

WHEREFORE, Melissa R. Theriault of Woodhouse Roden Ames & Brennan, LLC hereby requests the Court enter an Order withdrawing her and the law firm of Woodhouse Roden Ames & Brennan, LLC from this matter.

Respectfully submitted this 19th day of June 2025.

WOODHOUSE, RODEN, AMES, & BRENNAN, LLC

*/s/ Melissa R. Theriault*

Melissa R. Theriault #6-4266
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY 82001
(307) 432-9399
melissa@wrablaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th of June 2025, a true and correct copy of the foregoing document upon the following person(s) via CM/ECF or (if no CM/ECF) by email as indicated below:

Julian Kleinbrodt
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715

Leah C Schwartz
PARSONS BEHLE & LATIMER
20 East Simpson Ave.
P. O. Box 3890
Jackson, WY 83001

Rachel Susan Brass
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715


Jeffrey Isaacs by email

Daniel de Zouza Clasen
Immigrant Law Center
7901 4th St N #17567
St Petersburg, FL 33702

Keith Mathews
American Wealth Protection
1000 Elm Street, #800
Manchester, NH 03101

*/s/ Melissa R. Theriault*
_____
WOODHOUSE RODEN AMES & BRENNAN, LLC