RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California  94111-3715
Telephone:	415.393.8200
Facsimile:	415.393.8306

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corp.** *on behalf of themselves and all others similarly situated.*<br><br>          Plaintiffs,<br><br>     v.<br><br>**Apple Inc.**<br><br>          Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**DEFENDANT APPLE INC.'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS** |

Apple filed its motion for sanctions on May 30, 2025. Dkt. 70. Plaintiffs' opposition was due June 13, 2025. *See* N.D. Cal. L.R. 7-3(a). Plaintiffs did not file an opposition by that deadline, nor have they done so since. Plaintiffs therefore have waived any opposition to the relief Apple requested. *See Gwaduri v. INS*, 362 F.3d 1144, 1147 n.3 (9th Cir. 2004) ("Courts have consistently exercised their discretion to grant motions on collateral issues, on the basis that, in failing to respond, the opposing party has consented to such action by the court."); *Hadley v. Kellogg Sales Co.*, 243 F. Supp. 3d 1074, 1100 (N.D. Cal. 2017) (similar); *Rider v. JPMorgan Chase Bank N.A.*, 2021 WL 229308, at *2 (N.D. Cal. Jan. 22, 2021) (similar); *United States ex rel. Jones v. Sutter Health*, 2021 WL 3665939, at *5 (N.D. Cal. Aug. 18, 2021) (similar); *King v. Contra Costa Cnty.*, 2020 WL 978632, at *2 (N.D. Cal. Feb. 28, 2020) (similar); *Pernell v. City of L.A.*, 650 F. Supp. 3d 910, 933 (C.D. Cal. 2022) (similar); *Akshar Global Inv. Corp. v. City of L.A.*, 2021 WL 9720777, at *1 (C.D. Cal. June 3, 2021) (similar). Accordingly, sanctions should be imposed for the reasons set forth in Apple's motion. To the extent arguments in Plaintiffs' Motion Pursuant to California Civil Code Procedure § 425.16 (Dkt. 75) are construed as an opposition to Apple's motion for sanctions, Apple will address those arguments in its forthcoming opposition to that motion, which Apple will file by the deadline set by the Court (*see* Dkt. 76).

DATED: June 20, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
    RACHEL S. BRASS

RACHEL S. BRASS
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant*