RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, CA  94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation<br><br>*on behalf of themselves and all others similarly situated.*<br><br>Plaintiffs,<br><br>v.<br><br>Apple Inc.<br><br>Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION PURSUANT TO CALIFORNIA CIVIL CODE PROCEDURE § 425.16**<br><br>The Honorable Edward M. Chen |

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Opposition to Plaintiffs' Motion Pursuant to California Civil Code Procedure § 425.16. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of the PACER docket for *Atari Interactive, Inc. v. Redbubble, Inc.*, No. 4:18-cv-3451-JST (N.D. Cal.), accessed June 19, 2025, is attached hereto as **EXHIBIT 1**.

3. On June 3, 2025, Keith Mathews emailed counsel for Apple on behalf of Coronavirus Reporter Corporation and Greenflight Venture Corporation. A true and correct copy of the ensuing email exchange is attached hereto as **EXHIBIT 2**.

4. On April 23, 2025, I emailed Plaintiffs' counsel, including Melissa Theriault, a copy of Apple's motion for sanctions and supporting documents, which had been served via United States Postal Service that same day. Theriault replied, "I was only local counsel for the Wyoming matter. Since that case was closed, I no longer represent Plaintiffs. Please feel free to remove me from communications." A true and correct copy of this email exchange is attached hereto as **EXHIBIT 3**.

5. On June 24, 2025, Keith Mathews emailed counsel for Apple. A true and correct copy of the email is attached hereto as **EXHIBIT 4**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on June 24, 2025, at San Francisco, California.

_____
Julian W. Kleinbrodt