# Exhibit 3

**Kleinbrodt, Julian W.**

| | |
|---|---|
| **From:** | Kleinbrodt, Julian W. |
| **Sent:** | Friday, April 25, 2025 12:44 PM |
| **To:** | Melissa Theriault; keith@aaone.law; Keith Mathews; info@clasen.law |
| **Cc:** | Brass, Rachel S. |
| **Subject:** | RE: Coronavirus Reporter Corp., et al v. Apple Inc., No. 24-CV-08660 (N.D. Cal.) -- Rule 11 Correspondence |

Melissa,

You remain counsel of record in this case, including in the Northern District of California. While we have no objection to you withdrawing from this case if you seek to do so, consistent with our obligations, we will continue to serve you where the Rules require that we do so.

Best,
Julian


**Julian W. Kleinbrodt**
Partner

T: +1 415.393.8382 | M: +1 415.377.0902
JKleinbrodt@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Melissa Theriault <Melissa@wrablaw.com>
**Sent:** Thursday, April 24, 2025 6:39 AM
**To:** Kleinbrodt, Julian W. <JKleinbrodt@gibsondunn.com>; keith@aaone.law; Keith Mathews <Keith@awplegal.com>; info@clasen.law
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Subject:** Re: Coronavirus Reporter Corp., et al v. Apple Inc., No. 24-CV-08660 (N.D. Cal.) -- Rule 11 Correspondence

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hi, Julian:

I was only local counsel for the Wyoming matter. Since that case was closed, I no longer represent Plaintiffs. Please feel free to remove me from communications.

Sincerely,

Melissa

---

**From:** Kleinbrodt, Julian W. <JKleinbrodt@gibsondunn.com>
**Sent:** Wednesday, April 23, 2025 9:44 PM

**To:** keith@aaone.law <keith@aaone.law>; Keith Mathews <Keith@awplegal.com>; Melissa Theriault <Melissa@wrablaw.com>; info@clasen.law <info@clasen.law>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Subject:** Coronavirus Reporter Corp., et al v. Apple Inc., No. 24-CV-08660 (N.D. Cal.) -- Rule 11 Correspondence

Counsel:

Please see the attached correspondence and enclosures.

Best regards,
Julian

**Julian W. Kleinbrodt**
Partner

T: +1 415.393.8382 | M: +1 415.377.0902
JKleinbrodt@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.