IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation<br><br>*on behalf of themselves and all others similarly situated.*<br><br>    Plaintiffs,<br><br>    v.<br><br>Apple Inc.<br><br>    Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION PURSUANT TO CALIFORNIA CIVIL CODE PROCEDURE § 425.16**<br><br>Honorable Edward M. Chen |

This matter is before the Court on Plaintiffs Coronavirus Reporter Corporation's, Calid Inc.'s, and Greenflight Venture Corporation's Motion Pursuant to California Civil Code Procedure § 425.16 (Dkt. 74) ("the Motion") and the accompanying memorandum of law and supporting documents. Having considered the parties' arguments and being fully advised on the proceedings, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: _____    _____
                                                                THE HON. EDWARD M. CHEN
                                                                SENIOR UNITED STATES DISTRICT JUDGE