[PROPOSED] ORDER

Having considered Plaintiffs' Emergency Motion for Status Conference and Stay of Proceedings, and for good cause shown, the Court hereby ORDERS as follows:

1. All current deadlines and proceedings in this matter are STAYED pending resolution of the following:

a. A status conference to clarify attorney Melissa Theriault's representation status;

b. A hearing on Plaintiffs' forthcoming Motion for Recusal;

c. Plaintiffs' request for declaratory relief concerning Coring, Inc.;

d. Resolution of Plaintiffs' request for intervention and referral of this matter to the Department of Justice Antitrust Division.

2. A status conference is hereby SET for _____, 2025, at _____ a.m./p.m., to address the above matters and establish a schedule for further proceedings.

IT IS SO ORDERED.

Dated: _____, 2025

Honorable Edward M. Chen

United States District Judge