Keith Mathews
*Pro Hac Vice*
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
keith@awplegal.com
(603) 923-9855

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION<br><br>*on behalf of themselves and all others similarly situated*<br><br>                    Plaintiffs,<br><br>vs.<br><br>APPLE INC.<br>                    Defendant. | Case No. 3:24-cv-8660-EMC<br><br>**ADMINISTRATIVE MOTION FOR PRE-EMPTIVE AMICUS INVITATION AND LIMITED PUBLIC-INPUT PROCEDURE**<br><br>Date: August 21, 2025<br>Time: 1:30 p.m. PT<br>Place: Courtroom 5, 17th Floor<br><br>The Honorable Edward M. Chen |

1

**NOTICE**

Under Civil Local Rule 7-11, Plaintiffs respectfully move for a brief procedural order that will (1) open a short amicus-briefing window, and (2) permit a limited public-input session addressing Apple's alleged retaliation against developers and its counsel's refusal to withdraw a *nation-wide* pre-filing ban now foreclosed by *Trump v. CASA, Inc.*, 606 U.S. ___ (2025). A supporting **Petition for Tim Cook's Resignation & CASA Compliance** (Exhibit A) is attached for the Court's convenience and to raise public awareness of these issues.

**REQUESTED RELIEF**

1. **Amicus window.** Anyone may file an amicus brief (no motion for leave required) on or before **14 days before the scheduled public comments hearing** regarding:
    - (a) Apple's retaliation practices alleged in FAC ¶ 350,
    - (b) Apple's anticompetitive conduct towards developers and consumer effects thereof,
    - (b) the legality of Apple's requested nation-wide filing bar after *CASA*.

2. **Developer-input session.** The Court will accept **90 minutes of Zoom (or written) statements** from third-party developers or interested members of the public who wish to describe retaliation concerns, iPhone monopolization concerns, or related matters. Statements will be limited to five minutes each and need not reveal identities on the public record (to mitigate fear of reprisal).

3. **Briefing pause.** Briefing or hearings on any remaining matters other than recusal and DOJ referral and counsel withdrawl **shall be stayed** until the amicus window closes and the developer-input session occurs.

**GROUNDS**

- **Overlooked retaliation claim.** The Court's dismissal order did **not** analyze FAC ¶ 350, which detail Apple's pattern of punishing outspoken developers (delistings, search throttling, copy-and-kill tactics). Public input will assist a post-recusal judge in assessing those facts.

- **Public significance & CASA.** Apple still pursues an injunction that would gag future filings by Plaintiffs, their "associates," and even non-parties in every court—an order that *CASA* now makes ultra vires. Whether a private platform can weaponize litigation to silence critics is a First Amendment and competition issue of national importance.

- **Tim Cook oversight.** Exhibit A explains why Apple's CEO bears ultimate responsibility for litigation strategies condemned as contemptuous in *Epic Games v. Apple* and for Apple's current refusal to heed *CASA*. Those leadership concerns are directly relevant to Plaintiffs' retaliation allegations.

- **Protected petitioning.** This motion and Exhibit A are filed in a judicial proceeding; all statements are absolutely privileged under Cal. Civ. Code § 47(b) and the federal litigation-privilege doctrine. Plaintiffs have also noticed a Rule 11(c)(2) safe-harbor intent notice on Apple regarding its continued demand for the *CASA*-barred injunction. Apple has not responded to any of these requests for over 36 hours.

**CONCLUSION**

A short amicus invitation and developer-public input session will illuminate issues the current record leaves unaddressed, without prejudicing any party. Plaintiffs therefore request entry of the one-paragraph order above.

1   Executed on this 28th day of June, 2025.

                                Respectfully Submitted,

                                /s/ Keith Mathews
                                Keith Mathews
                                Attorney for Coronavirus Reporter Corporation et al
                                *Pro Hac Vice*
                                NH Bar No. 20997
                                American Wealth Protection
                                1000 Elm Street, Suite 800
                                Manchester, NH 03105

## CERTIFICATE OF SERVICE

I, Keith Mathews, do declare as follows:

I certify that a copy of the foregoing Motion for Public Comments and Amicus Permission was delivered via ECF to all interested parties.

Executed on this 28th day of June, 2025.

                                /s/ Keith Mathews
                                Keith Mathews
                                Attorney for Coronavirus Reporter Corporation et al
                                *Pro Hac Vice*
                                NH Bar No. 20997
                                American Wealth Protection
                                1000 Elm Street, Suite 800
                                Manchester, NH 03105