**PROPOSED ORDER**

For good cause shown, the Court **ORDERS**:

1. Amicus briefs on the topics identified above may be filed without leave no later than **14 days before the public hearing for developer and**.
2. A 90-minute remote developer and public session will be held on _____ 2025 at _____ a.m./p.m.; written statements of no more than five pages may be submitted in lieu of oral remarks.
3. All briefing and hearings are **STAYED** until the amicus window closes and the developer – public comments session concludes.

IT IS SO ORDERED.

Date: _____ 2025

United States District Judge