UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION,<br><br>*on behalf of themselves and all others similarly situated*<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.<br>Defendant. | Case No. 3:24-cv-08660-EMC |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

THIS MATTER, having come before the Court on *Amended Notice of Withdrawal as Counsel*, and the Court noting Keith Mathews is counsel of record for all named Plaintiffs and Daniel de Zouza Clasen is counsel of record for Coronavirus Reporter Corporation, hereby:

ORDERS that Melissa R. Theriault and Woodhouse Roden Ames & Brennan, LLC are hereby withdrawn from this matter.

Dated this __2__ day of ~~June~~ July 2025.

_____
United States District Judge Edward Chen