IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation<br><br>*on behalf of themselves and all others similarly situated.*<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Apple Inc.<br><br>　　　　　　Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PRE-EMPTIVE AMICUS INVITATION AND LIMITED PUBLIC-INPUT PROCEDURE**<br><br>Honorable Edward M. Chen |

This matter is before the Court on Plaintiffs Coronavirus Reporter Corporation's, Calid Inc.'s, and Greenflight Venture Corporation's Administrative Motion for Pre-Emptive Amicus Invitation and Limited Public-Input Procedure ("the Motion") (Dkt. 85) and the accompanying "Petition To End Apple's Suppression of Free Speech and Demand Tim Cook's Resignation" ("the Petition") (Dkt. 85-1).  Having considered the parties' arguments and being fully advised on the proceedings, **IT IS HEREBY ORDERED** that:

　　The Motion is **DENIED** and the Petition is **STRICKEN** from the record; and

　　No further motions shall be filed in this matter without prior approval of the Court.

　　**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　THE HON. EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PRE-EMPTIVE AMICUS INVITATION AND LIMITED PUBLIC-INPUT PROCEDURE
CASE NO. 3:24-CV-08660-EMC