RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, CA  94111-3715
Telephone:     415.393.8200
Facsimile:     415.393.8306

*Attorneys for Defendant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation *on behalf of themselves and all others similarly situated.*<br><br>Plaintiffs,<br><br>v.<br><br>Apple Inc.<br><br>Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR L.R. 6-3 ORDER SHORTENING TIME**<br><br>The Honorable Edward M. Chen |

Gibson, Dunn & Crutcher LLP

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Opposition to Plaintiffs' Motion for L.R. 6-3 Order Shortening Time. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. Since the Court dismissed Plaintiffs' claims with prejudice, Dkt. 82, Plaintiffs have filed multiple motions and sent several emails in which they have indicated they intended to file additional motions and/or lawsuits against Apple, its executives and/or Board Members, or myself and other counsel to Apple. *See* Dkt. 90-1, Exs. 2–8.

3. On June 3, 2025, Keith A. Mathews sent an email to my colleague Rachel Brass and me indicating that Plaintiffs would seek a stay of briefing related to Apple's motions for sanctions. Dkt. 90-1, Ex. 1. Neither in that email nor in other emails since did Plaintiffs propose the expedited briefing schedule requested in Plaintiffs' July 1, 2025 Amended Emergency Motion for Litigation Stay and Status Conference ("Emergency Motion") (Dkt. 87).

4. Apple would be prejudiced if its time to respond to Plaintiffs' Emergency Motion were shortened. During the time in which Apple is preparing its opposition to Plaintiffs' Emergency Motion, Apple also has needed to prepare an opposition to Plaintiffs' Amended Administrative Motion for Pre-Emptive Amicus Invitation and Limited Public-Input Procedure (Dkt. 85), Plaintiffs' Motion for L.R. 6-3 Order Shortening Time (Dkt. 87), Plaintiff Coronavirus Reporter Corp.'s Motion for Sanctions (Dkt. 86); and Plaintiffs' Administrative Motion to Relate Cases and for Expedited Stay Pending Resolution (Dkt. 89). In addition, during that time, I have been traveling (through July 3, 2025) for a longstanding conference commitment. I am also traveling internationally for a deposition between July 5 and 9, 2025. Apple's other counsel of record has also been traveling during this time for court and other professional commitments. This has limited and will limit the time available to prepare the multiple oppositions to Plaintiffs' pending motions, enhancing the prejudice to Apple of shortening time to oppose Plaintiffs' Emergency Motion.

I declare under penalty of perjury under the laws of the United States of America that the

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF JULIAN W. KLEINBRODT
CASE NO. 3:24-CV-08660-EMC

1  foregoing is true and correct and that this Declaration was executed on July 7, 2025, at London, United
2  Kingdom.

_____
Julian W. Kleinbrodt