UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC,<br><br>　　　　　Defendant. | Case No.  24-cv-08660-EMC<br><br>**ORDER ON PLAINTIFFS' PENDING MOTIONS**<br><br>Docket Nos. 83, 84, 85, 86, 87, and 89 |

Under Civil Local Rule 7-1(b), the Court finds Plaintiffs' motions suitable for disposition without oral argument. The motions will be deemed submitted, except Plaintiffs' motion for sanctions. Defendant shall file the opposition as scheduled. All hearings and other briefing deadlines on Plaintiffs' motions are **VACATED**.

Finally, Plaintiffs must obtain leave of Court before filing any additional motions.

**IT IS SO ORDERED**.

Dated: July 8, 2025

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge