IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation<br><br>*on behalf of themselves and all others similarly situated.*<br><br>Plaintiffs,<br><br>v.<br><br>Apple Inc.<br><br>Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF CORONAVIRUS REPORTER'S MOTION FOR SANCTIONS**<br><br>Honorable Edward M. Chen |

This matter is before the Court on Plaintiff Coronavirus Reporter Corporation's Motion for Sanctions ("the Motion") (Dkt. 86). Having considered the parties' arguments and being fully advised on the proceedings, **IT IS HEREBY ORDERED** that:

The Motion is **DENIED** and is **STRICKEN** from the record.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                                                        THE HON. EDWARD M. CHEN
                                                                                                        SENIOR UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP