**PROPOSED ORDER**

For good cause shown, the Court **ORDERS**:

1. The Clerk Shall Enter Judgement within two business days of this order.
2. Plaintiffs shall file a Motion for Reconsideration within one week of entry of judgment, based upon the Proposed Motion already submitted to the Court.

IT IS SO ORDERED.

Date: _____ 2025

United States District Judge