Keith Mathews
*Pro Hac Vice*
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105
keith@awplegal.com
(603) 923-9855

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, CALID INC., GREENFLIGHT VENTURE CORPORATION<br><br>*on behalf of themselves and all others similarly situated*<br><br>                    Plaintiffs,<br><br>*vs.*<br><br>APPLE INC.<br>                    Defendant. | Case No. 3:24-cv-08660-EMC<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Coronavirus Reporter Corporation, Calid Inc, and Greenflight Venture Corporation (collectively, "Plaintiffs") appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Defendant's Motion to Dismiss, entered June 25, 2025 (ECF No. 82), and from any final judgment entered thereon (including any final judgment deemed entered under Fed. R. Civ. P. 58 and Fed. R. App. P. 4(a)(7)), as well as all orders that merge into that final judgment.

Submitted on this 22nd day of December, 2025.

/s/ Keith Mathews
Keith Mathews
Attorney for Coronavirus Reporter Corporation et al
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105

# CERTIFICATE OF SERVICE

I, Keith Mathews, do declare as follows:

I certify that a copy of the Notice of Appeal was delivered via ECF to all interested parties.

Executed on this 22nd day of December, 2025.

/s/ Keith Mathews
Keith Mathews
Attorney for Coronavirus Reporter Corporation et al
*Pro Hac Vice*
NH Bar No. 20997
American Wealth Protection
1000 Elm Street, Suite 800
Manchester, NH 03105