# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> CORONAVIRUS REPORTER CORPORATION
> CALID INC.
> GREENFLIGHT VENTURE CORPORATION

Name(s) of counsel (if any):

> Keith A. Mathews, American Wealth Protection

Address: 1000 Elm Street, Suite 800

Telephone number(s): (603) 923-9855

Email(s): keith@awplegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> APPLE INC.

Name(s) of counsel (if any):

> Julian Kleinbrodt, Gibson Dunn
> Rachel Brass, Gibson Dunn

Address: 555 Mission Street, Suite 3000, San Francisco, CA 94105

Telephone number(s): 415-374-8429

Email(s): JKleinbrodt@gibsondunn.com, rbrass@gibsondunn.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                               1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                   *2*                              *New 12/01/2018*