FILED

JAN 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE CORONAVIRUS REPORTER CORPORATION; CALID, INC.; GREENFLIGHT VENTURE CORPORATION.<br><br>_____<br><br>CORONAVIRUS REPORTER CORPORATION; et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>Respondent,<br><br>APPLE INC.,<br><br>Real Party in Interest. | No. 25-7761<br><br>D.C. No. 3:24-cv-08660-EMC<br>Northern District of California, San Francisco<br><br>ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**