RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, CA  94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation<br><br>*on behalf of themselves and all others similarly situated.*<br><br>     Plaintiffs,<br><br>  v.<br><br>Apple Inc.<br><br>     Defendant. | CASE NO. 3:24-CV-08660-EMC<br><br>**DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br><br>The Honorable Edward M. Chen |

Gibson, Dunn &
Crutcher LLP

I, Julian W. Kleinbrodt, hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Defendant Apple Inc. ("Apple") in this case.  I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.  Pursuant to Civil Local Rules 7-11 and 79-5, I submit this declaration in support of Apple's Administrative Motion to File Under Seal (the "Motion to Seal") the following documents:

- Declaration of Julian W. Kleinbrodt in Support of Defendant Apple Inc.'s Application for Attorney Fees ("Kleinbrodt Declaration"); and

- Exhibit A to the Kleinbrodt Declaration.

2.    Apple and Gibson Dunn operate in intensely competitive marketplaces.  Apple has serious and legitimate concerns that competitors will be quick to capitalize on any release of Apple's, or its vendors', highly sensitive information in order to gain competitive advantage.  As such, Apple takes extensive measures to protect the confidentiality of its information, and information regarding its vendors.

3.    Apple seeks to seal only one limited category of confidential information: the competitively sensitive, non-public specific hourly rates charged by individual attorneys at certain points in time, as was negotiated between Apple and its counsel.

4.    Public disclosure of this information, which Apple and Gibson Dunn's practice is to keep confidential, could put Apple at a competitive disadvantage and cause economic harm, because it would reveal Apple's proprietary inner billing policies and how it works with its vendors.

5.    Likewise, disclosure of this information could harm Gibson Dunn by disclosing competitively sensitive information about Gibson Dunn's rates to Gibson Dunn's competitors.

6.    Accordingly, Apple requests to seal the following portions of the Kleinbrodt Fees Declaration and Exhibit A, which contain competitively sensitive information pertaining to attorney rates and/or total fees:

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF JULIAN W. KLEINBRODT I.S.O. MOTION TO SEAL
CASE NO. 3:24-CV-08660-EMC

| Document Title | Portion of Document Sealed |
|---|---|
| Declaration of Julian W. Kleinbrodt in Support of Defendant Apple Inc.'s Response to Court's Order Regarding Attorney Fees ("Kleinbrodt Fees Declaration") | • 4:8–14 ("Fees" columns) |
| Exhibit A to the Declaration of Julian W. Kleinbrodt in Support of Defendant Apple Inc.'s Response to Court's Order Regarding Attorney Fees ("Exhibit A") | • Column C |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected.  Executed on March 23, 2026, at San Francisco, California.

/s/ Julian W. Kleinbrodt
Julian W. Kleinbrodt

Gibson, Dunn & Crutcher LLP

2