# EXHIBIT A
# Public Redacted Version

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 3/5/2024 | Brass, Rachel S. | | 0.3 | Read Wyoming Complaint. |
| 3/6/2024 | Kleinbrodt, Julian Wolfe | | 1 | Review Complaint. |
| 3/6/2024 | Kleinbrodt, Julian Wolfe | | 0.6 | Draft summary and analysis to client re complaint and initial case strategy. |
| 3/9/2024 | Kleinbrodt, Julian Wolfe | | 0.9 | Draft further analysis re initial case strategy re dismissal, transfer, and sanctions. |
| 3/9/2024 | Brass, Rachel S. | | 0.2 | Read, edit draft initial strategy recommendation. |
| 3/13/2024 | Phillips, Harry R. | | 4.8 | Conduct legal research for motion to transfer venue. |
| 6/12/2024 | Phillips, Harry R. | | 0.5 | Conduct legal and factual research for motion to transfer. |
| 6/13/2024 | Phillips, Harry R. | | 2.8 | Draft motion to transfer case. |
| 6/14/2024 | Phillips, Harry R. | | 4.3 | Draft motion to transfer venue. |
| 6/16/2024 | Phillips, Harry R. | | 1 | Draft declaration in support of motion to transfer. |
| 6/18/2024 | Kleinbrodt, Julian Wolfe | | 1.1 | Review and revise motion to transfer case. |
| 6/19/2024 | Phillips, Harry R. | | 1.6 | Revise draft motion to transfer venue. |
| 6/19/2024 | Kleinbrodt, Julian Wolfe | | 0.6 | Review and revise motion to transfer. |
| 6/20/2024 | Phillips, Harry R. | | 0.4 | Revise draft supporting papers re motion to transfer venue. |
| 6/20/2024 | Brass, Rachel S. | | 0.7 | Edit draft motion to transfer. |
| 6/20/2024 | Strassner, Elizabeth Duncan | | 0.3 | Draft notice of motion for transfer and proposed order. |
| 6/20/2024 | Kleinbrodt, Julian Wolfe | | 0.3 | Review and revise motion to transfer. |
| 6/21/2024 | Phillips, Harry R. | | 3 | Revise draft motion to transfer and associated filings. |
| 6/22/2024 | Phillips, Harry R. | | 1.9 | Revise draft transfer motion and declaration in support of same. |
| 6/25/2024 | Phillips, Harry R. | | 1.5 | Revise draft motion to transfer and supporting papers. |
| 6/25/2024 | Kleinbrodt, Julian Wolfe | | 0.2 | Review and revise motion to transfer per client comments. |
| 6/28/2024 | Phillips, Harry R. | | 1 | Revise and finalize motion to transfer and supporting filings. |
| 7/14/2024 | Phillips, Harry R. | | 3 | Draft response to plaintiff motion for extension of time re transfer motion briefing. |
| 7/14/2024 | Kleinbrodt, Julian Wolfe | | 0.9 | Review and revise response to Plaintiff's request to extend schedule. |
| 7/15/2024 | Phillips, Harry R. | | 1.2 | Revise and finalize response to plaintiff motion for extension of briefing schedule. |
| 7/15/2024 | Kleinbrodt, Julian Wolfe | | 0.2 | Review and revise response to Plaintiff's scheduling request. |
| 7/26/2024 | Strassner, Elizabeth Duncan | | 2 | Analyze first amended complaint, including comparison with original complaint, and draft summary and analysis for internal team re same. |
| 7/26/2024 | Phillips, Harry R. | | 1.8 | Review first amended complaint and summary re same. |
| 7/26/2024 | Kleinbrodt, Julian Wolfe | | 0.5 | Review and exchange emails with team re amended complaint. |
| 7/26/2024 | Brass, Rachel S. | | 0.3 | Read redline of amendment complaint. |
| 9/9/2024 | Phillips, Harry R. | | 1.2 | Draft proposed stipulation re transfer and Rule 12 briefing. |
| 9/17/2024 | Schupack, Jesse D. | | 0.8 | Draft motion requesting consolidated briefing schedule for pending motions. |
| 9/25/2024 | Kleinbrodt, Julian Wolfe | | 0.2 | Review, comment on research summary re Plaintiffs' opposition to motion to transfer. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 10/2/2024 | Kleinbrodt, Julian Wolfe | | 0.2 | Review, comment on research analysis re Plaintiffs' request for more definitive statement. |
| 10/6/2024 | Phillips, Harry R. | | 0.6 | Revise draft motion to enter briefing schedule. |
| 10/7/2024 | Kleinbrodt, Julian Wolfe | | 0.5 | Review and revise motion re schedule for Rule 12 and venue motions. |
| 10/11/2024 | Phillips, Harry R. | | 1.2 | Revise and finalize motion to enter briefing schedule. |
| 10/11/2024 | Kleinbrodt, Julian Wolfe | | 0.7 | Revise scheduling motion, proposed order, and client recommendation re same. |
| 10/15/2024 | Phillips, Harry R. | | 3.8 | Work on transfer reply and response to plaintiffs' briefing schedule opposition and estoppel motion. |
| 10/16/2024 | Phillips, Harry R. | | 0.9 | Draft outline for transfer reply and cross-opposition. |
| 10/16/2024 | Kleinbrodt, Julian Wolfe | | 3.5 | Draft and revise response re scheduling motion. |
| 10/17/2024 | Phillips, Harry R. | | 0.7 | Revise draft reply in support of motion to enter briefing schedule. |
| 10/17/2024 | Phillips, Harry R. | | 0.4 | Conduct legal research for transfer reply. |
| 10/17/2024 | Brass, Rachel S. | | 0.2 | Read, edit draft reply in support of motion to set briefing schedule. |
| 10/17/2024 | Kleinbrodt, Julian Wolfe | | 1 | Revise reply brief re scheduling motion. |
| 10/18/2024 | Phillips, Harry R. | | 1.9 | Draft reply in support of motion to transfer. |
| 10/18/2024 | Strassner, Elizabeth Duncan | | 4.8 | Draft transfer mootness section of supplemental transfer brief per H. Phillips request. |
| 10/18/2024 | Kleinbrodt, Julian Wolfe | | 3.5 | Revise response brief re transfer, estoppel, and request for more definite statement. |
| 10/19/2024 | Strassner, Elizabeth Duncan | | 0.2 | Revise transfer motion mootness section of supplemental transfer brief. |
| 10/19/2024 | Schupack, Jesse D. | | 0.5 | Revise opposition to plaintiffs' cross-motion for estoppel per comments from J. Kleinbrodt. |
| 10/20/2024 | Phillips, Harry R. | | 0.8 | Revise draft reply in support of transfer motion. |
| 10/20/2024 | Schupack, Jesse D. | | 0.9 | Draft and revise brief in opposition to plaintiffs' cross-motion for judicial estoppel. |
| 10/21/2024 | Phillips, Harry R. | | 2.9 | Draft reply in support of transfer motion. |
| 10/21/2024 | Schupack, Jesse D. | | 4.2 | Draft and revise estoppel-related section of brief in support of transfer and in opposition to plaintiffs' cross-motion for estoppel. |
| 10/22/2024 | Strassner, Elizabeth Duncan | | 1.1 | Revise supplemental brief in support of transfer per H. Phillips comments. |
| 10/22/2024 | Schupack, Jesse D. | | 0.9 | Prepare Rollins supplementary declaration in support of transfer motion. |
| 10/23/2024 | Phillips, Harry R. | | 2.3 | Draft portions of brief re transfer reply. |
| 10/23/2024 | Strassner, Elizabeth Duncan | | 1.2 | Revise mootness section of supplemental transfer brief per H. Phillips comments. |
| 10/23/2024 | Kleinbrodt, Julian Wolfe | | 6.9 | Review and heavily revise supplemental brief re transfer, estoppel, and more definite statement. |
| 10/24/2024 | Phillips, Harry R. | | 4.2 | Revise draft supplemental brief re transfer and plaintiff motions. |
| 10/24/2024 | Schupack, Jesse D. | | 3.3 | Research for and revise brief in support of transfer motion and in opposition to plaintiffs' cross-motion for estoppel. |
| 10/24/2024 | Strassner, Elizabeth Duncan | | 2.2 | Revise supplemental transfer brief per H. Phillips comments. |
| 10/25/2024 | Schupack, Jesse D. | | 2.3 | Draft and revise brief in support of motion to transfer and in opposition to plaintiffs' cross-motion for estoppel. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 10/25/2024 | Strassner, Elizabeth Duncan | | 0.1 | Review order on briefing schedule. |
| 10/25/2024 | Schupack, Jesse D. | | 0.2 | Review court's scheduling order and Gibson Dunn team correspondence regarding same. |
| 10/25/2024 | Kleinbrodt, Julian Wolfe | | 0.1 | Review supplemental briefing order. |
| 10/25/2024 | Kleinbrodt, Julian Wolfe | | 0.3 | Revise supplemental declaration for transfer per client comments. |
| 10/26/2024 | Kleinbrodt, Julian Wolfe | | 6.4 | Revise transfer brief in response to Court's supplemental briefing order. |
| 10/27/2024 | Strassner, Elizabeth Duncan | | 1.8 | Revise supplemental transfer brief per J. Kleinbrodt comments. |
| 10/28/2024 | Phillips, Harry R. | | 2.5 | Revise draft supplemental brief re transfer. |
| 10/28/2024 | Strassner, Elizabeth Duncan | | 0.4 | Revise supplemental transfer brief. |
| 10/28/2024 | Brass, Rachel S. | | 0.9 | Revise reply in support of motion to transfer. |
| 10/28/2024 | Kleinbrodt, Julian Wolfe | | 2.4 | Review and revise supplemental transfer brief. |
| 10/28/2024 | Kleinbrodt, Julian Wolfe | | 0.4 | Review and revise supplemental transfer brief per edits and comments of R. Brass. |
| 10/29/2024 | Phillips, Harry R. | | 0.9 | Revise draft supplemental brief re transfer. |
| 10/29/2024 | Schupack, Jesse D. | | 1.1 | Revise and edit brief in support of motion to transfer. |
| 10/29/2024 | Kleinbrodt, Julian Wolfe | | 0.7 | Revise supplemental transfer brief. |
| 10/31/2024 | Phillips, Harry R. | | 0.6 | Review comments and edits to draft transfer brief. |
| 10/31/2024 | Schupack, Jesse D. | | 0.5 | Revise and edit brief in support of transfer motion. |
| 10/31/2024 | Strassner, Elizabeth Duncan | | 2.5 | Revise supplemental transfer brief per H. Phillips request. |
| 10/31/2024 | Kleinbrodt, Julian Wolfe | | 0.2 | Review comments of client on supplemental transfer motion. |
| 11/1/2024 | Phillips, Harry R. | | 1 | Revise and finalize draft transfer brief. |
| 11/1/2024 | Schupack, Jesse D. | | 3.3 | Review, edit, and prepare for filing brief in support of transfer motion and accompanying exhibit. |
| 11/1/2024 | Kleinbrodt, Julian Wolfe | | 1.4 | Review, revise, and finalize supplemental transfer brief. |
| 11/14/2024 | Kleinbrodt, Julian Wolfe | | 0.4 | Review, summarize Plaintiffs' supplemental transfer brief. |
| 11/17/2024 | Schupack, Jesse D. | | 3.6 | Research for and draft motion for sanctions. |
| 11/18/2024 | Schupack, Jesse D. | | 9.4 | Research for and draft motion for sanctions. |
| 11/19/2024 | Schupack, Jesse D. | | 8.9 | Research for, draft, and revise motion for sanctions. |
| 11/21/2024 | Brass, Rachel S. | | 0.2 | Read transfer order. |
| 11/21/2024 | Kleinbrodt, Julian Wolfe | | 0.5 | Review, draft emails to client re transfer order. |
| 11/25/2024 | Schupack, Jesse D. | | 1 | Draft administrative motion to relate transferred Wyoming litigation to earlier California litigation. |
| 11/25/2024 | Kleinbrodt, Julian Wolfe | | 0.5 | Review and revise motion to relate. |
| 11/26/2024 | Kleinbrodt, Julian Wolfe | | 0.8 | Finish review, comments on draft sanctions motion. |
| 11/27/2024 | Kleinbrodt, Julian Wolfe | | 3.6 | Review, heavily revise, and comment on draft motion for sanctions. |
| 11/27/2024 | Schupack, Jesse D. | | 0.3 | Revise sanctions motion to incorporate feedback from J. Kleinbrodt. |
| 11/27/2024 | Kleinbrodt, Julian Wolfe | | 0.4 | Review and revise motion to relate. |
| 11/27/2024 | Schupack, Jesse D. | | 1.6 | Revise administrative motion to relate cases per feedback from J. Kleinbrodt.. |
| 12/3/2024 | Schupack, Jesse D. | | 1 | Revise administrative motion to relate Wyoming litigation to California litigation and supporting documents. |
| 12/4/2024 | Kleinbrodt, Julian Wolfe | | 0.5 | Revise motion to relate and supporting filings per client comments. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 12/5/2024 | Kleinbrodt, Julian Wolfe | | 0.3 | Finalize administrative motion to relate. |
| 12/10/2024 | Schupack, Jesse D. | | 1.2 | Draft and revise motion for sanctions to incorporate feedback from J. Kleinbrodt. |
| 12/10/2024 | Kleinbrodt, Julian Wolfe | | 0.5 | Outline motion to dismiss arguments with H. Phillips. |
| 12/10/2024 | Phillips, Harry R. | | 0.5 | Outline motion to dismiss arguments with J. Kleinbrodt. |
| 12/10/2024 | Schupack, Jesse D. | | 0.3 | Draft and revise motion for sanctions, incorporating feedback and revisions from J. Kleinbrodt. |
| 12/11/2024 | Schupack, Jesse D. | | 4.9 | Draft and revise motion for sanctions to incorporate feedback from J. Kleinbrodt. |
| 12/13/2024 | Schupack, Jesse D. | | 6.1 | Draft and revise motion for sanctions, incorporating feedback and edits from J. Kleinbrodt. |
| 12/14/2024 | Schupack, Jesse D. | | 0.7 | Revise motion for sanctions. |
| 12/16/2024 | Strassner, Elizabeth Duncan | | 2.6 | Draft and revise res judicata section of motion to dismiss. |
| 12/17/2024 | Strassner, Elizabeth Duncan | | 1.8 | Draft and revise antitrust injury section of motion to dismiss. |
| 12/18/2024 | Schupack, Jesse D. | | 0.1 | Draft and revise motion for sanctions. |
| 12/18/2024 | Strassner, Elizabeth Duncan | | 0.4 | Draft antitrust injury section of motion to dismiss. |
| 12/20/2024 | Strassner, Elizabeth Duncan | | 2.6 | Draft relevant markets section of motion to dismiss. |
| 12/31/2024 | Schupack, Jesse D. | | 0.1 | Revise and edit motion for sanctions. |
| 1/4/2025 | Schupack, Jesse D. | | 5.7 | Draft and revise motion for sanctions. |
| 1/5/2025 | Schupack, Jesse D. | | 3.9 | Draft and revise motion for sanctions. |
| 1/6/2025 | Schupack, Jesse D. | | 2.4 | Draft and revise motion for sanctions. |
| 1/7/2025 | Strassner, Elizabeth Duncan | | 2.7 | Draft and revise antitrust injury, relevant market, and res judicata sections of motion to dismiss. |
| 1/8/2025 | Phillips, Harry R. | | 1.4 | Review and revise draft motion for sanctions. |
| 1/10/2025 | Phillips, Harry R. | | 1.7 | Conduct research for motion to dismiss. |
| 1/13/2025 | Phillips, Harry R. | | 2.2 | Conduct further research for motion to dismiss complaint. |
| 1/13/2025 | Schupack, Jesse D. | | 0.6 | Revise motion for sanctions to incorporate feedback and edits from H. Phillips. |
| 1/13/2025 | Strassner, Elizabeth Duncan | | 4.5 | Draft and revise antitrust injury section of motion to dismiss. |
| 1/14/2025 | Schupack, Jesse D. | | 1.2 | Draft and revise motion for sanctions. |
| 1/15/2025 | Phillips, Harry R. | | 4.7 | Draft and revise antitrust standing section of motion to dismiss. |
| 1/15/2025 | Schupack, Jesse D. | | 2.7 | Research for, draft, and revise motion for sanctions. |
| 1/16/2025 | Schupack, Jesse D. | | 1.7 | Revise and edit motion for sanctions. |
| 1/16/2025 | Kleinbrodt, Julian Wolfe | | 4.3 | Review, revise, and comment on draft sanctions motion. |
| 1/16/2025 | Strassner, Elizabeth Duncan | | 1.5 | Draft and revise relevant market section of motion to dismiss. |
| 1/16/2025 | Schupack, Jesse D. | | 0.8 | Conduct research for and draft motion to dismiss. |
| 1/16/2025 | Schupack, Jesse D. | | 0.8 | Draft and revise proposed stipulation regarding entry of briefing schedule and proposed correspondence to plaintiffs' counsel re same. |
| 1/17/2025 | Strassner, Elizabeth Duncan | | 1.1 | Draft and revise relevant market section of motion to dismiss. |
| 1/21/2025 | Strassner, Elizabeth Duncan | | 2.4 | Draft relevant market section of motion to dismiss. |
| 1/21/2025 | Strassner, Elizabeth Duncan | | 0.6 | Draft and revise res judicata section of motion to dismiss. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 1/21/2025 | Schupack, Jesse D. | | 1.2 | Draft opposition to plaintiffs' motion for entry of judgment. |
| 1/22/2025 | Schupack, Jesse D. | | 4.5 | Research for and draft opposition to motion for entry of default. |
| 1/23/2025 | Phillips, Harry R. | | 1.2 | Revise draft opposition to motion for default. |
| 1/23/2025 | Schupack, Jesse D. | | 1.9 | Revise opposition to request for entry of default to incorporate feedback from J. Kleinbrodt and H. Phillips. |
| 1/23/2025 | Kleinbrodt, Julian Wolfe | | 3.5 | Revise successive drafts of default opposition. |
| 1/24/2025 | Schupack, Jesse D. | | 1.1 | Revise and finalize opposition to Plaintiffs' request for entry of default. |
| 1/24/2025 | Strassner, Elizabeth Duncan | | 0.9 | Draft and revise relevant market section of motion to dismiss. |
| 1/24/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Final review and revision to opposition to default application. |
| 1/26/2025 | Schupack, Jesse D. | | 5.1 | Research for and draft background and state-law sections of motion to dismiss. |
| 1/27/2025 | Kleinbrodt, Julian Wolfe | | 3 | Heavy edit of sanctions motion. |
| 1/29/2025 | Schupack, Jesse D. | | 1.2 | Draft and revise administrative motion for entry of briefing schedule on motion to dismiss. |
| 1/30/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Review and revise administrative motion re scheduling and supporting documents. |
| 1/30/2025 | Schupack, Jesse D. | | 0.4 | Research case law in support of motion for entry of briefing schedule. |
| 2/6/2025 | Schupack, Jesse D. | | 0.1 | Revise motion to dismiss. |
| 2/7/2025 | Schupack, Jesse D. | | 1.1 | Research for, draft, and revise motion to dismiss. |
| 2/21/2025 | Schupack, Jesse D. | | 1.1 | Draft and revise motion for sanctions. |
| 2/23/2025 | Schupack, Jesse D. | | 0.2 | Prepare exhibits for motion to dismiss. |
| 2/23/2025 | Kleinbrodt, Julian Wolfe | | 3.8 | Heavy edit of motion to dismiss. |
| 2/23/2025 | Kleinbrodt, Julian Wolfe | | 0.3 | Identify additional exhibits for motion to dismiss. |
| 2/24/2025 | Kleinbrodt, Julian Wolfe | | 6.7 | Further heavy edit of motion to dismiss. |
| 2/25/2025 | Schupack, Jesse D. | | 2.6 | Review and edit draft of motion to dismiss. |
| 2/25/2025 | Strassner, Elizabeth Duncan | | 1.9 | Revise motion to dismiss per J. Kleinbrodt comments. |
| 2/27/2025 | Kleinbrodt, Julian Wolfe | | 1.2 | Revise motion to dismiss per client edits. |
| 2/28/2025 | Strassner, Elizabeth Duncan | | 2.1 | Revise motion to dismiss per client edits. |
| 3/1/2025 | Kleinbrodt, Julian Wolfe | | 1.1 | Further revise motion to dismiss per client comments. |
| 3/3/2025 | Schupack, Jesse D. | | 2.7 | Further revise motion to dismiss per client and J. Kleinbrodt comments. |
| 3/3/2025 | Schupack, Jesse D. | | 3.1 | Prepare supporting documents and exhibits for motion to dismiss. |
| 3/3/2025 | Kleinbrodt, Julian Wolfe | | 0.8 | Revise motion to dismiss and supporting documents. |
| 3/4/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Revise motion to dismiss per further client comments. |
| 3/5/2025 | Schupack, Jesse D. | | 0.2 | Revise motion to dismiss per further client comments. |
| 3/6/2025 | Schupack, Jesse D. | | 3.9 | Perform final review and edit of motion to dismiss and accompanying documents and attend to filing. |
| 3/7/2025 | Schupack, Jesse D. | | 4.2 | Draft and revise motion for sanctions. |
| 3/7/2025 | Strassner, Elizabeth Duncan | | 3.9 | Draft analysis of Rule 11 sanctions caselaw for sanctions motion. |
| 3/8/2025 | Schupack, Jesse D. | | 8.4 | Research for, draft, and revise motion for sanctions. |
| 3/9/2025 | Schupack, Jesse D. | | 6.3 | Research for, draft, and revise motion for sanctions. |
| 3/9/2025 | Phillips, Harry R. | | 1.2 | Revise draft motion for sanctions. |
| 3/10/2025 | Kleinbrodt, Julian Wolfe | | 4.9 | Review and revise motion for sanctions. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 3/11/2025 | Schupack, Jesse D. | | 5.4 | Perform supplemental research for and revise motion for sanctions in response to feedback and edits from J. Kleinbrodt. |
| 3/12/2025 | Schupack, Jesse D. | | 1.2 | Revise sanctions motion to incorporate feedback from J. Kleinbrodt and supplemental review of trial court record. |
| 3/12/2025 | Kleinbrodt, Julian Wolfe | | 2.2 | Review and revise draft sanctions motion. |
| 3/13/2025 | Schupack, Jesse D. | | 0.9 | Revise and edit draft of motion for sanctions. |
| 3/13/2025 | Phillips, Harry R. | | 1.6 | Revise draft sanctions motion. |
| 3/14/2025 | Schupack, Jesse D. | | 4.6 | Draft and revise motion for sanctions to incorporate feedback and edits from R. Brass and J. Kleinbrodt. |
| 3/14/2025 | Brass, Rachel S. | | 2.2 | Edit motion for sanctions. |
| 3/14/2025 | Schupack, Jesse D. | | 1.5 | Perform supplemental research in support of revisions to sanctions motion incorporating feedback from R. Brass. |
| 3/15/2025 | Phillips, Harry R. | | 0.8 | Review draft sanctions motion. |
| 3/15/2025 | Schupack, Jesse D. | | 2.2 | Further revise sanctions motion to incorporate feedback and edits from R. Brass. |
| 3/15/2025 | Kleinbrodt, Julian Wolfe | | 0.8 | Review and revise sanctions brief per comments of R. Brass. |
| 3/16/2025 | Brass, Rachel S. | | 0.4 | Further edit draft motion for sanctions. |
| 3/28/2025 | Kleinbrodt, Julian Wolfe | | 2.5 | Revise sanctions brief per client comments. |
| 3/29/2025 | Kleinbrodt, Julian Wolfe | | 1.2 | Further revise sanctions motion per client comments. |
| 4/2/2025 | Schupack, Jesse D. | | 2.3 | Prepare exhibits for sanctions motion. |
| 4/3/2025 | Strassner, Elizabeth Duncan | | 2.8 | Draft J. Kleinbrodt declaration for sanctions motion. |
| 4/3/2025 | Kleinbrodt, Julian Wolfe | | 0.3 | Revise proposed order re sanctions motion. |
| 4/7/2025 | Strassner, Elizabeth Duncan | | 3 | Draft and revise sanctions motion declaration. |
| 4/7/2025 | Schupack, Jesse D. | | 3 | Prepare declaration and exhibits in support of motion for sanctions. |
| 4/7/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Review, draft summary of Plaintiffs' opposition to motion to dismiss. |
| 4/8/2025 | Schupack, Jesse D. | | 1.1 | Draft and revise declaration in support of motion for sanctions. |
| 4/8/2025 | Phillips, Harry R. | | 2.2 | Review plaintiff opposition to motion to dismiss. |
| 4/8/2025 | Strassner, Elizabeth Duncan | | 1 | Revise motion for sanctions declaration per J. Kleinbrodt comments. |
| 4/8/2025 | Schupack, Jesse D. | | 0.7 | Review Plaintiffs' opposition to motion to dismiss and correspond with J. Kleinbrodt re same. |
| 4/8/2025 | Schupack, Jesse D. | | 3 | Review Plaintiffs' opposition to motion to dismiss and revise motion for sanctions to incorporate additional material from same. |
| 4/8/2025 | Brass, Rachel S. | | 0.2 | Edit proposed order for motion for sanctions. |
| 4/8/2025 | Schupack, Jesse D. | | 4 | Prepare declaration and exhibits in support of motion for sanctions. |
| 4/8/2025 | Schupack, Jesse D. | | 0.8 | Revise and edit motion for sanctions. |
| 4/8/2025 | Kleinbrodt, Julian Wolfe | | 3.3 | Review and revise sanctions motion and supporting materials. |
| 4/8/2025 | Kleinbrodt, Julian Wolfe | | 0.7 | Review, comment on, and identify new exhibits to sanctions motion. |
| 4/8/2025 | Kleinbrodt, Julian Wolfe | | 1.4 | Review opposition to motion to dismiss and outline reply. |
| 4/9/2025 | Schupack, Jesse D. | | 2.9 | Review opposition to motion to dismiss and draft reply. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 4/9/2025 | Phillips, Harry R. | | 2.3 | Review draft sanctions motion and related filings. |
| 4/9/2025 | Brass, Rachel S. | | 0.2 | Edit draft declaration in support of sanctions motion. |
| 4/9/2025 | Kleinbrodt, Julian Wolfe | | 1.8 | Revise motion for sanctions. |
| 4/10/2025 | Schupack, Jesse D. | | 1.5 | Draft res judicata section of reply in support of motion to dismiss. |
| 4/11/2025 | Phillips, Harry R. | | 1.2 | Review draft sanctions motion. |
| 4/11/2025 | Schupack, Jesse D. | | 1.5 | Cite check motion for sanctions and prepare documents for service on plaintiffs. |
| 4/12/2025 | Schupack, Jesse D. | | 1.7 | Draft portion of reply brief in support of motion to dismiss on res judicata. |
| 4/12/2025 | Phillips, Harry R. | | 1.3 | Conduct legal research for motion to dismiss first amended complaint. |
| 4/14/2025 | Schupack, Jesse D. | | 1.6 | Draft portion of reply brief in support of motion to dismiss on res judicata. |
| 4/14/2025 | Phillips, Harry R. | | 2.8 | Outline and research antitrust standing section of motion to dismiss reply brief. |
| 4/14/2025 | Strassner, Elizabeth Duncan | | 7.7 | Draft markets and conduct sections of reply motion to dismiss. |
| 4/15/2025 | Phillips, Harry R. | | 2.1 | Draft antitrust standing section of reply in support of motion to dismiss. |
| 4/15/2025 | Schupack, Jesse D. | | 3 | Draft res judicata portion of reply brief in support of motion to dismiss. |
| 4/15/2025 | Strassner, Elizabeth Duncan | | 2.6 | Draft reply motion to dismiss, market and conduct sections. |
| 4/15/2025 | Strassner, Elizabeth Duncan | | 0.6 | Revise reply motion to dismiss, market and conduct sections. |
| 4/16/2025 | Schupack, Jesse D. | | 6.1 | Draft and revise res judicata and state-law sections of reply in support of motion to dismiss. |
| 4/16/2025 | Phillips, Harry R. | | 3.2 | Draft and revise reply brief in support of motion to dismiss. |
| 4/16/2025 | Kleinbrodt, Julian Wolfe | | 0.6 | Draft Rule 11 letter. |
| 4/17/2025 | Schupack, Jesse D. | | 2.2 | Draft and revise res judicata and state-law sections of reply in support of motion to dismiss. |
| 4/17/2025 | Phillips, Harry R. | | 1.3 | Revise draft reply brief in support of motion to dismiss. |
| 4/17/2025 | Strassner, Elizabeth Duncan | | 1.5 | Revise reply motion to dismiss per H. Phillips comments. |
| 4/18/2025 | Phillips, Harry R. | | 5.7 | Draft antitrust standing reply brief in support of motion to dismiss. |
| 4/18/2025 | Schupack, Jesse D. | | 1.7 | Draft and revise res judicata section of reply in support of motion to dismiss. |
| 4/18/2025 | Kleinbrodt, Julian Wolfe | | 0.6 | Revise sanctions motion. |
| 4/19/2025 | Schupack, Jesse D. | | 0.7 | Cite check motion for sanctions. |
| 4/19/2025 | Kleinbrodt, Julian Wolfe | | 0.2 | Revise draft Rule 11 letter. |
| 4/19/2025 | Kleinbrodt, Julian Wolfe | | 1.7 | Review and revise motion to dismiss reply. |
| 4/19/2025 | Brass, Rachel S. | | 0.1 | Edit draft Rule 11 letter. |
| 4/20/2025 | Kleinbrodt, Julian Wolfe | | 4.8 | Review and revise motion to dismiss reply. |
| 4/21/2025 | Phillips, Harry R. | | 2.3 | Revise draft reply brief in support of motion to dismiss. |
| 4/21/2025 | Schupack, Jesse D. | | 0.3 | Revise reply brief in support of motion to dismiss. |
| 4/21/2025 | Kleinbrodt, Julian Wolfe | | 0.9 | Revise motion to dismiss reply. |
| 4/22/2025 | Schupack, Jesse D. | | 2.1 | Perform supplemental research for and revise reply in support of motion to dismiss. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 4/22/2025 | Kleinbrodt, Julian Wolfe | | 1 | Revise motion to dismiss reply. |
| 4/22/2025 | Kleinbrodt, Julian Wolfe | | 0.7 | Final revisions to sanctions motion. |
| 4/23/2025 | Schupack, Jesse D. | | 5.1 | Review, edit, and finalize sanctions motion and all accompanying documents in preparation of service on Plaintiffs. |
| 4/23/2025 | Brass, Rachel S. | | 0.3 | Final review, edit of sanctions motions and ancillary filings. |
| 4/23/2025 | Brass, Rachel S. | | 0.8 | Review, edit reply in support of motion to dismiss. |
| 4/23/2025 | Kleinbrodt, Julian Wolfe | | 0.8 | Revise motion to dismiss reply per comments of R. Brass. |
| 4/24/2025 | Schupack, Jesse D. | | 0.4 | Revise reply brief in support of motion to dismiss and correspond with team re same. |
| 4/24/2025 | Kleinbrodt, Julian Wolfe | | 1.3 | Revise motion to dismiss reply. |
| 4/25/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Revise motion to dismiss reply per comments of client. |
| 4/25/2025 | Schupack, Jesse D. | | 0.4 | Revise and edit reply brief to incorporate feedback from client and J. Kleinbrodt. |
| 4/28/2025 | Schupack, Jesse D. | | 4.6 | Edit and finalize reply brief in support of motion to dismiss and attend to filing. |
| 4/28/2025 | Kleinbrodt, Julian Wolfe | | 1.1 | Review, revise, and finalize motion to dismiss reply. |
| 5/27/2025 | Schupack, Jesse D. | | 0.6 | Prepare outline of brief in opposition to Plaintiffs' motion to convert motion to dismiss into motion for summary judgment. |
| 5/27/2025 | Kleinbrodt, Julian Wolfe | | 0.7 | Review Rule 12(d) motion. |
| 5/28/2025 | Schupack, Jesse D. | | 2.6 | Research case law for response to Plaintiffs' Rule 12(d) motion. |
| 5/30/2025 | Schupack, Jesse D. | | 1 | Conduct research for Rule 12(d) opposition. |
| 5/30/2025 | Kleinbrodt, Julian Wolfe | | 3.1 | Outline opposition to 12(d) motion. |
| 6/3/2025 | Schupack, Jesse D. | | 8.4 | Research for, draft, and revise opposition to Plaintiffs' motion to convert motion to dismiss proceedings to summary judgment proceedings. |
| 6/3/2025 | Strassner, Elizabeth Duncan | | 3.9 | Draft relevant market section of 12(d) response. |
| 6/4/2025 | Schupack, Jesse D. | | 9.8 | Research for, draft, and revise opposition to Plaintiffs' motion to convert motion to dismiss proceedings to summary judgment proceedings. |
| 6/4/2025 | Kleinbrodt, Julian Wolfe | | 3.3 | Review and revise opposition to Rule 12(d) motion. |
| 6/5/2025 | Schupack, Jesse D. | | 4.3 | Research for, draft, and revise brief in opposition to Plaintiff's Rule 12(d) motion. |
| 6/5/2025 | Strassner, Elizabeth Duncan | | 4.8 | Revise opposition to 12(d) motion per J. Kleinbrodt's comments. |
| 6/5/2025 | Kleinbrodt, Julian Wolfe | | 4.4 | Revise and conduct research for opposition to Rule 12(d) motion. |
| 6/6/2025 | Phillips, Harry R. | | 1.1 | Review opposition to plaintiff rule 12(d) motion. |
| 6/6/2025 | Schupack, Jesse D. | | 6.8 | Conduct research, draft, and revise brief in opposition to Plaintiffs' Rule 12(d) motion. |
| 6/6/2025 | Strassner, Elizabeth Duncan | | 2.6 | Conduct research, draft analysis of possible anti-SLAPP motion in response to sanctions motion per J. Kleinbrodt request. |
| 6/7/2025 | Schupack, Jesse D. | | 0.4 | Conduct research for and revise opposition to Plaintiffs' Rule 12(d) motion. |
| 6/8/2025 | Schupack, Jesse D. | | 2.1 | Conduct research for and revise brief in opposition to Plaintiffs' Rule 12(d) motion. |
| 6/8/2025 | Kleinbrodt, Julian Wolfe | | 3.4 | Revise opposition to Rule 12(d) motion. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 6/9/2025 | Strassner, Elizabeth Duncan | | 4.2 | Revise 12(d) opposition. |
| 6/9/2025 | Kleinbrodt, Julian Wolfe | | 3.2 | Review and revise opposition to Rule 12(d) motion. |
| 6/13/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Review, comment on summary and analysis of legal research re threatened anti-SLAPP arguments. |
| 6/14/2025 | Schupack, Jesse D. | | 7.7 | Conduct research, draft brief in opposition to anti-SLAPP motion. |
| 6/14/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Review Plaintiffs' anti-SLAPP motion. |
| 6/14/2025 | Kleinbrodt, Julian Wolfe | | 4.1 | Draft and revise outline for response to anti-SLAPP motion and reply in support of sanctions. |
| 6/15/2025 | Schupack, Jesse D. | | 7.4 | Research for and draft reply in support of motion for sanctions. |
| 6/15/2025 | Brass, Rachel S. | | 0.2 | Outline strategy for false citations and quotations in anti-SLAPP brief. |
| 6/16/2025 | Schupack, Jesse D. | | 5.8 | Research for and draft reply in support of sanctions. |
| 6/16/2025 | Strassner, Elizabeth Duncan | | 1.6 | Review and analyze anti-SLAPP motion for purposes of drafting response. |
| 6/16/2025 | Strassner, Elizabeth Duncan | | 7.2 | Draft anti-SLAPP section of reply in support of motion for sanctions. |
| 6/16/2025 | Strassner, Elizabeth Duncan | | 2.7 | Draft remedies section of sanctions reply. |
| 6/16/2025 | Kleinbrodt, Julian Wolfe | | 0.4 | Review, summarize Rule 12(d) reply. |
| 6/17/2025 | Schupack, Jesse D. | | 11.6 | Research for, draft, and revise brief in support of sanctions and in opposition to anti-SLAPP motion. |
| 6/17/2025 | Strassner, Elizabeth Duncan | | 2.4 | Revise anti-SLAPP section of sanctions reply. |
| 6/17/2025 | Strassner, Elizabeth Duncan | | 2.3 | Revise anti-SLAPP and remedies sections of sanctions reply per J. Kleinbrodt comments. |
| 6/17/2025 | Kleinbrodt, Julian Wolfe | | 3.3 | Review and revise draft sanctions reply. |
| 6/18/2025 | Schupack, Jesse D. | | 1.9 | Research case law in support of opposition to anti-SLAPP motion. |
| 6/18/2025 | Kleinbrodt, Julian Wolfe | | 5.5 | Review and significantly reviseanti-SLAPP opposition. |
| 6/19/2025 | Schupack, Jesse D. | | 5.1 | Research for, draft, and revise brief in opposition to Plaintiffs' anti-SLAPP motion per J. Kleinbrodt comments. |
| 6/19/2025 | Strassner, Elizabeth Duncan | | 0.5 | Revise anti-SLAPP opposition per J. Kleinbrodt comments. |
| 6/19/2025 | Kleinbrodt, Julian Wolfe | | 6.5 | Heavy edits of successive drafts of anti-SLAPP opposition. |
| 6/20/2025 | Phillips, Harry R. | | 1 | Review draft reply in support of sanctions motion. |
| 6/20/2025 | Schupack, Jesse D. | | 1.5 | Research for, revise, and edit opposition to anti-SLAPP motion. |
| 6/21/2025 | Kleinbrodt, Julian Wolfe | | 1 | Revise opposition to anti-SLAPP motion. |
| 6/22/2025 | Schupack, Jesse D. | | 3.1 | Research for and revise brief in opposition to plaintiffs' anti-SLAPP motion. |
| 6/22/2025 | Kleinbrodt, Julian Wolfe | | 1.2 | Review and revise opposition to anti-SLAPP motion. |
| 6/22/2025 | Brass, Rachel S. | | 1.9 | Edit opposition to plaintiffs' anti-SLAPP motion. |
| 6/23/2025 | Schupack, Jesse D. | | 1.7 | Research for and revise opposition to anti-SLAPP motion. |
| 6/23/2025 | Kleinbrodt, Julian Wolfe | | 0.2 | Revise opposition to declaration in opposition to anti-SLAPP motion. |
| 6/24/2025 | Schupack, Jesse D. | | 4.8 | Review, edit, and finalize opposition to anti-SLAPP motion. |
| 6/24/2025 | Schupack, Jesse D. | | 1.9 | Prepare and revise Kleinbrodt declaration and accompanying exhibits. |
| 6/24/2025 | Kleinbrodt, Julian Wolfe | | 2.7 | Review and revise anti-SLAPP opposition. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 6/24/2025 | Kleinbrodt, Julian Wolfe | | 0.3 | Review, email client re order re motion to dismiss. |
| 6/25/2025 | Brass, Rachel S. | | 0.1 | Read orders deferring hearing schedules. |
| 6/25/2025 | Brass, Rachel S. | | 0.1 | Read order granting motion to dismiss. |
| 6/25/2025 | Kleinbrodt, Julian Wolfe | | 0.4 | Review, summarize motion to dismiss order. |
| 6/26/2025 | Strassner, Elizabeth Duncan | | 0.1 | Analyze order granting motion to dismiss. |
| 6/27/2025 | Strassner, Elizabeth Duncan | | 1.4 | Draft letter to court responding to Plaintiffs' request for stay. |
| 6/28/2025 | Kleinbrodt, Julian Wolfe | | 3 | Review, draft outline in opposition to Plaintiffs' emergency stay motion. |
| 6/28/2025 | Schupack, Jesse D. | | 1.1 | Research case law re response to Plaintiffs' motion for stay and correspond with team re strategy for same. |
| 6/28/2025 | Schupack, Jesse D. | | 0.3 | Review Plaintiffs' emergency stay motion. |
| 6/28/2025 | Brass, Rachel S. | | 0.3 | Read J. Issacs Emergency motion. |
| 6/29/2025 | Kleinbrodt, Julian Wolfe | | 0.6 | Review Plaintiffs' administrative motion and supporting exhibits. |
| 6/29/2025 | Kleinbrodt, Julian Wolfe | | 1 | Outline opposition to same. |
| 6/30/2025 | Strassner, Elizabeth Duncan | | 5.8 | Draft opposition to administrative motion for amicus and public input. |
| 6/30/2025 | Strassner, Elizabeth Duncan | | 0.4 | Revise administrative motion opposition. |
| 6/30/2025 | Strassner, Elizabeth Duncan | | 1.6 | Draft opposition to emergency stay motion. |
| 6/30/2025 | Schupack, Jesse D. | | 1.4 | Review and analyze Plaintiffs' motion for sanctions and research authorities supporting arguments in opposition. |
| 6/30/2025 | Brass, Rachel S. | | 0.3 | Read Plaintiffs' sanctions motion. |
| 6/30/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Review Plaintiffs' motion for sanctions. |
| 7/1/2025 | Strassner, Elizabeth Duncan | | 3.9 | Draft opposition to motion for emergency stay. |
| 7/1/2025 | Strassner, Elizabeth Duncan | | 2.5 | Revise opposition to administrative motion. |
| 7/1/2025 | Brass, Rachel S. | | 0.6 | Edit response to administrative motion to allow amici, hold developer conference and stay case. |
| 7/1/2025 | Kleinbrodt, Julian Wolfe | | 1.3 | Review and revise opposition to administrative motion seeking stay and other relief. |
| 7/2/2025 | Strassner, Elizabeth Duncan | | 1.9 | Revise administrative motion opposition per R. Brass and J. Kleinbrodt comments, including drafting accompanying declaration. |
| 7/2/2025 | Brass, Rachel S. | | 0.2 | Edit response to amended motion to stay. |
| 7/2/2025 | Kleinbrodt, Julian Wolfe | | 1.3 | Review and revise administrative motion opposition. |
| 7/3/2025 | Strassner, Elizabeth Duncan | | 0.7 | Revise administrative motion opposition per client comments. |
| 7/3/2025 | Strassner, Elizabeth Duncan | | 4.2 | Draft opposition to motion to expedite. |
| 7/4/2025 | Kleinbrodt, Julian Wolfe | | 3.8 | Review, revise, and conduct research re opposition to request to shorten time. |
| 7/5/2025 | Strassner, Elizabeth Duncan | | 2.5 | Revise opposition to motion to shorten time, including drafting declaration in support of same. |
| 7/5/2025 | Schupack, Jesse D. | | 4.5 | Research for and draft opposition to Plaintiffs' motion for sanctions. |
| 7/5/2025 | Kleinbrodt, Julian Wolfe | | 0.9 | Review and revise opposition to Rule 6-3 motion. |
| 7/5/2025 | Kleinbrodt, Julian Wolfe | | 0.4 | Review and revise draft declaration re Rule 6-3 motion opposition. |
| 7/6/2025 | Schupack, Jesse D. | | 1.2 | Research for and draft opposition to Plaintiffs' motion for sanctions. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 7/6/2025 | Strassner, Elizabeth Duncan | | 2.3 | Revise oppositions to administrative motion and motion to shorten time, and declarations in support of same. |
| 7/6/2025 | Brass, Rachel S. | | 0.5 | Edit opposition to Plaintiffs' motion to shorten time on Plaintiffs' various stay and sanction motions. |
| 7/7/2025 | Phillips, Harry R. | | 4.6 | Draft and revise opposition to motion to relate. |
| 7/7/2025 | Schupack, Jesse D. | | 1.9 | Research for and outline opposition to Plaintiffs' motion for sanctions. |
| 7/7/2025 | Strassner, Elizabeth Duncan | | 2 | Revise opposition to motion to shorten time, including declaration. |
| 7/7/2025 | Strassner, Elizabeth Duncan | | 2.1 | Revise opposition to administrative motion, including declaration, exhibits, and proposed order. |
| 7/7/2025 | Brass, Rachel S. | | 1.2 | Edit near-final draft opposition briefs, related filings to Plaintiffs' motions for administrative relief. |
| 7/7/2025 | Kleinbrodt, Julian Wolfe | | 1.1 | Review and revise opposition to administrative motions. |
| 7/7/2025 | Schupack, Jesse D. | | 2.6 | Research for and draft opposition to Plaintiffs' motion to relate cases. |
| 7/8/2025 | Schupack, Jesse D. | | 5.3 | Research for , draft, and revise opposition to Plaintiffs' sanctions motion. |
| 7/8/2025 | Strassner, Elizabeth Duncan | | 1.4 | Draft Plaintiffs'-dilatory-and-vexatious-conduct section of sanctions opposition. |
| 7/8/2025 | Schupack, Jesse D. | | 1.3 | Research for and revise opposition to Plaintiffs' motion to relate cases. |
| 7/9/2025 | Schupack, Jesse D. | | 8.2 | Research for, draft, and revise opposition to Plaintiffs' motion for sanctions. |
| 7/9/2025 | Strassner, Elizabeth Duncan | | 5.5 | Draft harassment and additional relief sections of opposition to motion for sanctions. |
| 7/10/2025 | Strassner, Elizabeth Duncan | | 4.6 | Revise opposition to motion for sanctions per J. Kleinbrodt comments. |
| 7/10/2025 | Brass, Rachel S. | | 0.2 | Initial edits to opposition to plaintiffs' sanctions motion. |
| 7/10/2025 | Kleinbrodt, Julian Wolfe | | 5.4 | Review and revise opposition to Plaintiffs' sanctions motion. |
| 7/11/2025 | Strassner, Elizabeth Duncan | | 4.4 | Revise opposition to motion for sanctions. |
| 7/11/2025 | Brass, Rachel S. | | 0.9 | Edit draft opposition to plaintiffs' sanctions motion. |
| 7/11/2025 | Kleinbrodt, Julian Wolfe | | 2.6 | Review and revise further draft of opposition to sanctions motion. |
| 7/11/2025 | Kleinbrodt, Julian Wolfe | | 0.3 | Review, comment on revised draft of sanctions opposition brief. |
| 7/12/2025 | Schupack, Jesse D. | | 1.6 | Research for, draft, and revise opposition to plaintiffs' motion for sanctions. |
| 7/12/2025 | Kleinbrodt, Julian Wolfe | | 0.2 | Review new sanctions order by Judge Chen for potential relevance to pending sanctions motions. |
| 7/13/2025 | Schupack, Jesse D. | | 1.6 | Research for and revise opposition to plaintiffs' motion for sanctions. |
| 7/13/2025 | Kleinbrodt, Julian Wolfe | | 0.4 | Review and revise opposition to motion for sanctions. |
| 7/14/2025 | Schupack, Jesse D. | | 2.9 | Review and edit opposition to Plaintiffs' motion for sanctions and attend to filing. |
| 7/14/2025 | Strassner, Elizabeth Duncan | | 3.1 | Revise opposition to motion for sanctions per client and J. Kleinbrodt comments. |
| 7/14/2025 | Kleinbrodt, Julian Wolfe | | 1.2 | Attention to finalization of sanctions opposition. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|---|---|---|---|---|
| 7/15/2025 | Schupack, Jesse D. | | 1.6 | Review and analyze plaintiffs' response to show-cause order and reseach for and draft outline of responsive filing. |
| 7/15/2025 | Kleinbrodt, Julian Wolfe | | 2.1 | Review, outline response to Plaintiffs' order-to-show-cause filing. |
| 7/16/2025 | Strassner, Elizabeth Duncan | | 2.3 | Revise opposition to Plaintiffs' response to order to show cause (introduction, harassment, anti-SLAPP, and stay motion sections). |
| 7/16/2025 | Strassner, Elizabeth Duncan | | 1.7 | Revise opposition to order to show cause response per J. Kleinbrodt comments. |
| 7/16/2025 | Kleinbrodt, Julian Wolfe | | 5.5 | Review, heavy edit on brief re order to show cause. |
| 7/17/2025 | Schupack, Jesse D. | | 3.5 | Review, edit, and finalize response to Plaintiffs' response to show cause order and attend to filing. |
| 7/17/2025 | Strassner, Elizabeth Duncan | | 3.7 | Revise opposition to show cause response. |
| 7/17/2025 | Brass, Rachel S. | | 0.4 | Edit brief in response to Order to Plaintiffs to Show cause. |
| 7/21/2025 | Kleinbrodt, Julian Wolfe | | 0.4 | Review, draft, and revise response to opposing counsel re Rule 7-11 motion for leave for reconsideration. |
| 7/22/2025 | Schupack, Jesse D. | | 4.5 | Research for, draft, and revise opposition to Plaintiffs' motion for leave to file motion for reconsideration. |
| 7/22/2025 | Brass, Rachel S. | | 0.2 | Outline client recommendation re plaintiffs' filing for leave to file motion for reconsideration. |
| 7/22/2025 | Schupack, Jesse D. | | 1.9 | Review Plaintiffs' motion for leave to file reconsideration motion and prepare summary for circulation to client. |
| 7/22/2025 | Kleinbrodt, Julian Wolfe | | 0.9 | Review, email client, outline response re request to file motion for reconsideration. |
| 7/22/2025 | Kleinbrodt, Julian Wolfe | | 0.2 | Revise client analysis of motion for reconsideration. |
| 7/23/2025 | Schupack, Jesse D. | | 4.9 | Research for, draft, and revise opposition to Plaintiffs' motion for leave to move for reconsideration. |
| 7/23/2025 | Brass, Rachel S. | | 0.1 | Comment on draft outline for response to motion for leave to file motion for reconsideration. |
| 7/23/2025 | Kleinbrodt, Julian Wolfe | | 2.3 | Revise opposition to motion for leave to file motion for reconsideration. |
| 7/24/2025 | Schupack, Jesse D. | | 0.3 | Revise and edit opposition to Plaintiffs' motion for leave to file reconsideration motion. |
| 7/24/2025 | Strassner, Elizabeth Duncan | | 4.9 | Revise opposition to motion for reconsideration per J. Kleinbrodt comments. |
| 7/24/2025 | Brass, Rachel S. | | 0.3 | Edit response to motion for leave to file reconsideration motion. |
| 7/25/2025 | Schupack, Jesse D. | | 0.5 | Review and revise opposition to plaintiffs motion for leave to move for reconsideration. |
| 7/25/2025 | Kleinbrodt, Julian Wolfe | | 0.6 | Revise opposition re motion for leave to file motion for reconsideration per comments of in-house counsel. |
| 7/26/2025 | Schupack, Jesse D. | | 1.3 | Research for and revise opposition to Plaintiffs' motion for leave to move for reconsideration. |
| 7/26/2025 | Kleinbrodt, Julian Wolfe | | 0.5 | Review and revise opposition to motion for leave to file motion for reconsideration. |
| 7/27/2025 | Schupack, Jesse D. | | 0.3 | Revise opposition to Plaintiffs' motion for leave to move for reconsideration. |

| Date | Timekeeper | Tobill Amt | ToBill Hrs | Narrative |
|------|-----------|-----------|-----------|-----------|
| 7/28/2025 | Strassner, Elizabeth Duncan | ████ | 2.9 | Revise opposition to motion for leave to file reconsideration motion. |

| | |
|---|---|
| Total Fees | ████ |
| Phase I (Complaint through Service of Sanctions Motion) | |
| Phase II (Post-Service of Sanctions Motion) | |

| | |
|---|---|
| Phase I Amount Sought | $400,000.00 |
| **Phase I and II Total** | **$735,193.20** |