RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California  94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Coronavirus Reporter et al. | CASE NO. 24-CV-08660-EMC |
| *on behalf of themselves and all others similarly situated.* | **PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL** |
| Plaintiffs, | Honorable Edward M. Chen |
| v. | |
| Apple Inc. | |
| Defendant. | |

I, Julian Kleinbrodt, declare as follows:

I am employed in San Francisco, California.  I am over the age of eighteen years and not a party to this action.  I am an attorney employed by Gibson, Dunn & Crutcher LLP, counsel of record for Apple Inc. in this matter, and have been admitted to Bar of this Court.  My business address is One Embarcadero Center, Suite 2600, San Francisco, California, 94111.

On March 23, 2026, I caused to be served on counsel for the Plaintiffs in the above-captioned case the following documents via email and the United States Postal Service:

- **DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF DEFENDANT APPLE INC.'S APPLICATION FOR ATTORNEY FEES**

CASE NO. 24-CV-08660
PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTIONS TO SEAL

- **EXHIBIT A TO THE DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF DEFENDANT APPLE INC.'S APPLICATION FOR ATTORNEY FEES**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 23, 2026 in San Francisco, California.

DATED: March 23, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Julian W. Kleinbrodt*
    Julian W. Kleinbrodt

RACHEL S. BRASS
rbrass@gibsondunn.com
JULIAN W. KLEINBRODT
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California 94111-3715
Telephone:      415.393.8200
Facsimile:      415.393.8306

*Attorneys for Defendant*

Gibson, Dunn &
Crutcher LLP

2

CASE NO. 24-CV-08660
PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTIONS TO SEAL