IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Coronavirus Reporter Corporation, Calid Inc., Greenflight Venture Corporation

*on behalf of themselves and all others similarly situated.*

Plaintiffs,

v.

Apple Inc.

Defendant.

CASE NO. 3:24-CV-08660-EMC

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Honorable Edward M. Chen

Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. ("Apple") has filed an Administrative Motion to File Under Seal ("the Administrative Motion"). In support, Apple filed the accompanying declaration of Julian W. Kleinbrodt.

Having considered the Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Defendant's Administrative Motion is **GRANTED**. Accordingly,

1) The unredacted versions of the documents sought to be partially sealed by the Administrative Motion shall remain under seal;

2) The public shall only have access to the versions of the partially sealed documents sought to be sealed by the Administrative Motion in which portions the following sections have been redacted:

| Document Title | Portion of Document Sealed |
| --- | --- |
| Declaration of Julian W. Kleinbrodt in Support of Defendant Apple Inc.'s Response to Court's Order Regarding Attorney Fees ("Kleinbrodt Fees Declaration") | • 4:8–14 ("Fees" columns) |
| Exhibit A to the Declaration of Julian W. Kleinbrodt in Support of Defendant Apple Inc.'s Response to Court's Order Regarding Attorney Fees ("Exhibit A") | • Column C |

**IT IS SO ORDERED.**

Dated: October 15, 2026

THE HON. EDWARD M. CHEN
SENIOR UNITED STATES DISTRICT JUDGE